Christopher Celentino (131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1056
Facsimile: 859-425-1099
tyler.powell@dinsmore.com

Attorney for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>                    Debtor(s). | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br>Adv. No: 8:25-ap-01208-SC<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT VALIDATION, PARTNERS LLC, A FLORIDA LIMITED LIABILITY COMPANY** |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>                    Plaintiff,<br>       v.<br><br>Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Rick Emmett, individually; Ryan Taylor Connet, individually;  Obrik, Inc., a Wyoming corporation; Albright, Inc., a Florida corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Final Season, Inc., a California corporation; Factor In, Inc., a California corporation; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Rose Bianca Loli, individually; Decacorn Holdings, Inc., a California limited liability company; Samson Ly, individually; BEW Solar Management, LLC, a California limited | Judge: Hon. Scott C. Clarkson<br>Dept: 5C |

| | |
|---|---|
| 1 | liability company; Sean Stephens, individually; Lexicon Consulting, LLC, a California corporation; Daniel Lansdale, individually; United Partnerships, LLC, a California corporation; Ventura Consulting, LLC, a Nevada limited liability; Matthew Church, individually; Frank Brown, individually; Validation, Partners LLC, a Florida limited liability company; Innovative Solutions, LLC, a Wyoming corporation; MRJR20 Partners, LLC, a California limited liability company; MFCR, Investments, LLC, a Florida limited liability company; Lifesize, Inc., a Wyoming corporation.; Karrington, Inc., a Wyoming corporation; Spectrum Payment Solutions, LLC, a California limited liability company; Jason D. Williams, individually; Home Energy Solutions, Inc., a California corporation; The Coelho Irrevocable Life Insurance Trust, a California trust; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; A Solution Debt Relief, Inc., a Wyoming corporation and INVESTLINC Wealth Services, Inc., a California corporation;<br><br>Defendant(s). |

**TO THE COURT, THE HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE**, pursuant to Federal Rules of Bankruptcy Procedure Rule 41(a)(1)(A)(i), Plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), hereby provides notice that Plaintiff's claims in the above captioned Adversary Proceeding against Defendant Validation Partners LLC, a Florida limited liability company who is named in the operative Complaint [Dkt No. 1] is hereby dismissed without prejudice.

///

///

///

///

///

2

The Defendant has not responded to Plaintiff operative complaint and therefore dismissal without prejudice is proper. Defendants

Dated:  March 19, 2025                              Respectfully submitted,

                                                         DINSMORE & SHOHL LLP

                                                         By: /s/ Tyler Powell
                                                              Tyler Powell [pro hac vice]
                                                              Yosina M. Lissebeck
                                                        Attorney for Richard A. Marshack, Trustee of the LPG Liquidation Trus