| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tyler Powell<br>Dinsmore & Shohl LLP<br>100 W Main St Ste 900<br>Suite 900<br>Lexington, KY 40507<br><br>859-425-1046<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>The Litigation Practice Group P.C.<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 8:25-ap-01208-SC |
|---|---|
| Richard A. Marshack<br><br>Versus                                                     Plaintiff(s)<br><br>Oxford Knox, LLC<br><br>(See Attachment A for names of additional defendants)<br>                                                                            Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **05/07/2025.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**           June 5, 2025
    **Time:**          01:30 PM
    **Hearing Judge:**  Scott C Clarkson
    **Location:**      411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                       Page 1                          **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>April 7, 2025</u>

By: <u>    "s/" Nickie Bolte    </u>
Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016     Page 2     F 7004-1.SUMMONS.ADV.PROC

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Oxford Knox, LLC<br>Buffalo 21 Partners, Inc.<br>Rick Emmett<br>Ryan Taylor Connet<br>Obrik, Inc.<br>Albright, Inc.<br>Jason Dovalina<br>Rachel Dovalina<br>Factor In, Inc.<br>Syed Faisal Gilani<br>Bae Enterprises, Inc.<br>Rose Bianca Loli<br>Decacorn Holdings, LLC<br>Samson Ly<br>BEW Solar Management, LLC<br>Sean M Stephens<br>Lexicon Consulting, Inc.<br>Daniel Lansdale<br>United Partnerships, Inc.<br>Ventura Consulting, LLC<br>Matthew Church<br>Frank Brown<br>Validation Partners, LLC<br>MRJR20 Partners, LLC<br>MFCR Investments, LLC<br>Lifesize, Inc.<br>Karrington, Inc.<br>Spectrum Payment Solutions, LLC<br>Jason D Williams<br>Home Energy Solutions, Inc.<br>The Coelho Irrevocable Life Insurance Trust<br>JNR Services, Inc.<br>C.A.T. Exteriors, Inc.<br>AZLS Enterprises Inc.<br>A Solution Debt Relief, Inc.<br>Validation LLC<br>Innovative Solutions, LLC<br>INVESTLINC Wealth Services, Inc.<br>Final Season, Inc.<br>Sye Gilani |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

**COMPLAINT; ORDER RE EARLY MEETING OF COUNSEL, STATUS CONFERENCE INSTRUCTIONS AND**

**GENERAL PROCEDURES; and NOTICE OF REQUIRED COMPLIANCE WITH RULE 7026**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* April 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2025 | Wendy A. Yones | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

Oxford Knox, LLC
Attn: Richard R Emmett, Partnership Representative
251 Little Falls Drive
Wilmington, Delaware 19808

Buffalo 21 Partners, Inc.
Attn: Richard R Emmett, CEO
10 Pointe Drive, Suite 150
Brea, CA 92821

Rick Ronald Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

Ryan Taylor Connet
4155 E La Palma Avenue
Anaheim, CA 92807

Obrik, Inc
Attn: Cloud Peak Law, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Jason Dovalina
128 W Santa Fe Avenue, Suite C
Placentia, CA 92870-5632

Rachel Dovalina
736 Oceanview Drive
Fullerton, CA 92832

Factor In, Inc.
Attn: Sye Gilani, Registered Agent
7651 Greenock Way, Riverside, CA 92508

Syed Faisal Gilani aka Sye Gilani
7651 Greenock Way
Riverside, CA 92508

Bae Enterprises, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Rose Bianca Loli
33741 Alcazar Drive
Dana Point, CA 92629

Rose Bianca Loli
1220 Ensenada Avenue
Laguna Beach, CA 92651

Samson Ly
208 S Moore Avenue, Apt D
Monterey Park, CA 91754

BEW Solar Management, LLC
Attn: Sean M Stephens, Manager
2560 N Synergy Avenue
Eagle, Idaho 83616

Sean M Stephens
2560 N Synergy Ave
Eagle, Idaho 83616

Daniel Lansdale
515 W Commonwealth Avenue, Suite 211
Fullerton, CA 92832

United Partnerships, Inc.
7300 Lennox Avenue, Room J-14
Van Nuys, CA 91405

Ventura Consulting, LLC
Attn: Matthew Church, Managing Member
708 Grandview Avenue
Fullerton, CA 92832

Ventura Consulting, LLC
Attn: Matthew Church, Managing Member
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Matthew Church
708 Grandview Avenue
Fullerton, CA 92832

Matthew Church
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Frank Brown
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas NV 89141

Frank Brown
10881 Pentland Downs Street
Las Vegas, NV 89141

Validation, LLC
Attn: Matthew Church
708 Grandview Avenue
Fullerton, CA 92832

Validation, LLC
Attn: Matthew Church
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Innovative Solutions, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

MRJR20 Partners, LLC
Attn: Rick R Emmett, Registered Agent
10 Pointe Drive, Suite 150
Brea, CA 92821

Lifesize, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Karrington, Inc.
Attn: Company Sage Agents, LLC, Registered Agent
1095 Sugarview Drive, Suite 100
Sheridan, Wyoming 82801

Spectrum Payment Solutions, LLC
Attn: Samson Ly
208 S Moore Avenue, Apt D
Monterey Park, CA 91754

Jason D Williams
4155 E La Palma Avenue
Anaheim, CA 92807

Home Energy Solutions, Inc.
Attn: Rick R Emmett, Financial Manager
300 S Harbor Boulevard, Suite 1000
Anaheim, CA 92805

The Coelho Irrevocable Life Insurance Trust
Attn: Rick R Emmett
300 S Harbor Boulevard, Suite 1000
Anaheim, CA 92805

JNR Services, Inc.
Attn: Rick R Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

CAT Exteriors, Inc.
Attn: Rick R Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

AZLS Enterprises Inc.
Attn: Hee S Noh
9 Traditional Place
Irvine, CA 92602

A Solution Debt Relief, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

Investlinc Wealth Services, Inc.
Attn: West A Cohan
10 Pointe Drive, Suite 150
Brea, CA 92821