Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1056
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br><hr>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Rick Emmett, individually; Ryan Taylor Connet, individually; Obrik, Inc., a Wyoming corporation; Albright, Inc., a Florida corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Final Season, Inc., a California corporation; Factor In, Inc., a California corporation; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Rose Bianca Loli, individually; Decacorn Holdings, Inc., a | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv No. 8:25-ap-01208-SC<br><br>**STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND ALL DEFENDANTS EXCLUDING BAE ENTERPRISES, INC. AND ROSE BIANCA LOLI FOR EXTENSION OF DEADLINES AND TO CONTINUE/RESCHEDULE PRE-TRIAL CONFERENCE**<br><br>Honorable Scott C. Clarkson<br>Dept. 5C |

1

California limited liability company; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Sean Stephens, individually; Lexicon Consulting, LLC, a California corporation; Daniel Lansdale, individually; United Partnerships, LLC, a California corporation; Ventura Consulting, LLC, a Nevada limited liability; Matthew Church, individually; Frank Brown, individually; Validation, LLC, a terminated California limited liability company; Innovative Solutions, LLC, a Wyoming corporation; MRJR20 Partners, LLC, a California limited liability company; MFCR, Investments, LLC, a Florida limited liability company; Lifesize, Inc., a Wyoming corporation.; Karrington, Inc., a Wyoming corporation; Spectrum Payment Solutions, LLC, a California limited liability company; Jason D. Williams, individually; Home Energy Solutions, Inc., a California corporation; The Coelho Irrevocable Life Insurance Trust, a California trust; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; A Solution Debt Relief, Inc., a Wyoming corporation and INVESTLINC Wealth Services, Inc., a California corporation,

Defendants.

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Plaintiff Richard A. Marshack, the Trustee of the Liquidating Trust ("Trustee" and/or "Plaintiff") for the bankruptcy estate ("Estate") of The Litigation Practice Group PC ("Debtor" or "LPG"), and in the above-captioned bankruptcy, and all Defendants listed in the caption above <u>except for BAE Enterprises, Inc. and Rose Bianca Loli</u>, by and through their counsel, Golden Goodrich, LLP (these Defendants together with Trustee the "Parties"), pursuant to LBR 7016-1(a)(5) with regard to the following.

## RECITALS

A.   On or about March 17, 2025, the Trustee filed the above captioned adversary proceeding against the Defendants. Pursuant to the issued summons, the Defendants' responsive pleading was due on or before May 7, 2025.

2

#61281938v1

B. On March 24, 2025, the Court entered an Order Scheduling a Status Conference on May 28, 2025 ("Order") [Dkt. No. 4]. The Order also established meet and confer and other deadlines for counsel in advance of the Status Conference.

C. Although the Parties are cooperating to ensure the Court's deadlines are timely met, there are 38 named defendants[1] in this Adversary. Accordingly, the Parties need additional time to comply with all of the requirements of Rule 26(f), including the production of documents by each Defendant, a comprehensive list of witnesses for each Defendant, and the possible settlement of claims against one or more Defendants, to the extent possible. Given these facts, the Parties would like additional time comply with Rule 26(f) and request the Court continue the schedule status conference scheduled for May 28, 2025 ("May 28th Status Conference"), continue the Rule 26(f) deadlines, and the pre-trial deadlines, including the deadlines to complete discovery and file any motions related to discovery, established by the Court's Order Re: Early Meeting of Counsel.

WHEREFORE, the Parties agree and stipulate to the following:

1. The Defendants identified herein waive service of process of the complaint and acknowledges service of the complaint through their undersigned counsel and shall have until June 6, 2025 to answer or otherwise respond to the Complaint.

2. Subject to Court approval, the May 28th Status Conference shall be continued to July 17, 2025 at 1:30 p.m. ("Continued Status Conference").

3. The deadlines established by the Court's Order Re: Early Meeting of Counsel are vacated.

4. A status report shall be filed fourteen days before the Continued Status Conference, and the Parties will hold their Rule 26(f) meeting on or before June 26, 2025 with an exchange of initial disclosures to occur on or before June 30, 2025.

5. Except as set forth herein, the Parties reserve all rights and claims against the other.

6. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

---

[1] Validation Partners, LLC was dismissed by Plaintiff on March 19, 2025. (Dkt. No. 3).

#61281938v1

Dated: May 13, 2025

DINSMORE & SHOHL LLP

By: /s/ Tyler Powell
    YOSINA M. LISSEBECK
    TYLER POWELL (pro hac vice)
Attorneys for Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust

Dated: May 13, 2025

GOLDEN GOODRICH LLP

By: _____
    JEFFREY GOLDEN
    DAVID GOODRICH
*Counsel for Defendants Oxford Knox, LLC; Buffalo 21 Partners, Inc.; Rick Emmett, Ryan Taylor Connet; Obrik, Inc.; Albright, Inc.; Jason Dovalina; Rachel Dovalina; Final Season, Inc.; Factor In, Inc.; Syed Faisal Gilani aka Sye Gilani; Decacorn Holdings, Inc.; Samson Ly; BEW Solar Management, LLC; Sean Stephens; Lexicon Consulting, LLC; Daniel Lansdale; United Partnerships, LLC; Ventura Consulting, LLC; Matthew Church; Frank Brown; Validation, LLC; Innovative Solutions, LLC; MRJR20 Partners, LLC; MFCR Investments, LLC; Lifesize, Inc.; Karrington, Inc.; Spectrum Payment Solutions, LLC; Jason D. Williams; Home Energy Solutions, Inc.; The Coelho Irrevocable Life Insurance Trust; JNR Services, Inc.; C.A.T. Exteriors, Inc.; AZLS Enterprises, Inc.; A Solution Debt Relief, Inc.; and INVESTLINC Wealth Services, Inc.*

4

#61281938v1

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is **655 W. Broadway, Suite 800, San Diego, California 92101.** True and correct copies of the foregoing documents:

**STIPULATION BY AND BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND ALL DEFENDANTS EXCLUDING BAE ENTERPRISES, INC. AND ROSE BIANCA LOLI FOR EXTENSION OF DEADLINES AND TO CONTINUE/RESCHEDULE PRE-TRIAL CONFERENCE**

will be served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell** - tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com; wendy.yones@dinsmore.com
- **United States Trustee (SA)** - ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **May 16, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

**3. BY ELECTRONIC MAIL:** On **May 16, 2025**, I caused such documents described herein to be sent to the person(s) at the e-mail addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**4. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 16, 2025 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6

#61104746v1

| | |
|---|---|
| 1 | Oxford Knox, LLC<br>Attn: Richard R Emmett, Partnership Representative |
| 2 | 251 Little Falls Drive<br>Wilmington, Delaware 19808 |
| 3 | |
| 4 | Buffalo 21 Partners, Inc.<br>Attn: Richard R Emmett, CEO |
| 5 | 10 Pointe Drive, Suite 150<br>Brea, CA 92821 |
| 6 | |
| 7 | Rick Ronald Emmett<br>10 Pointe Drive, Suite 150<br>Brea, CA 92821 |
| 8 | |
| 9 | Ryan Taylor Connet<br>4155 E La Palma Avenue |
| 10 | Anaheim, CA 92807 |
| 11 | Obrik, Inc |
| 12 | Attn: Cloud Peak Law, Registered Agent<br>1095 Sugarview Drive, Suite 500 |
| 13 | Sheridan, Wyoming 82801 |
| 14 | Jason Dovalina<br>128 W Santa Fe Avenue, Suite C |
| 15 | Placentia, CA 92870-5632 |
| 16 | Rachel Dovalina |
| 17 | 736 Oceanview Drive<br>Fullerton, CA 92832 |
| 18 | |
| 19 | Factor In, Inc.<br>Attn: Sye Gilani, Registered Agent |
| 20 | 7651 Greenock Way<br>Riverside, CA 92508 |
| 21 | |
| 22 | Syed Faisal Gilani aka Sye Gilani<br>7651 Greenock Way |
| 23 | Riverside, CA 92508 |
| 24 | Bae Enterprises, Inc.<br>Attn: Cloud Peak Law, LLC, Registered Agent |
| 25 | 1095 Sugarview Drive, Suite 500<br>Sheridan, Wyoming 82801 |
| 26 | |
| 27 | Rose Bianca Loli<br>33741 Alcazar Drive |
| 28 | Dana Point, CA 92629 |

7

#61104746v1

```
 1  Rose Bianca Loli
    1220 Ensenada Avenue
 2  Laguna Beach, CA 92651
 3
    Samson Ly
 4  208 S Moore Avenue, Apt D
    Monterey Park, CA 91754
 5
 6  BEW Solar Management, LLC
    Attn: Sean M Stephens, Manager
 7  2560 N Synergy Avenue
    Eagle, Idaho 83616
 8
    Sean M Stephens
 9  2560 N Synergy Ave
    Eagle, Idaho 83616
10
11  Daniel Lansdale
    515 W Commonwealth Avenue, Suite 211
12  Fullerton, CA 92832
13
    United Partnerships, Inc.
14  7300 Lennox Avenue, Room J-14
    Van Nuys, CA 91405
15
    Ventura Consulting, LLC
16  Attn: Matthew Church, Managing Member
    708 Grandview Avenue
17  Fullerton, CA 92832
18
    Ventura Consulting, LLC
19  Attn: Matthew Church, Managing Member
    10620 Southern Highlands Parkway, Suite 110-18
20  Las Vegas, NV 89141
21
    Matthew Church
22  708 Grandview Avenue
    Fullerton, CA 92832
23
    Matthew Church
24  10620 Southern Highlands Parkway, Suite 110-18
    Las Vegas, NV 89141
25
26  Frank Brown
    10620 Southern Highlands Parkway, Suite 110-18
27  Las Vegas NV 89141
28
```

8

#61104746v1

| | |
|---|---|
| 1 | Frank Brown |
| 2 | 10881 Pentland Downs Street |
|   | Las Vegas, NV 89141 |
| 3 | |
|   | Validation, LLC |
| 4 | Attn: Matthew Church |
|   | 708 Grandview Avenue |
| 5 | Fullerton, CA 92832 |
| 6 | |
|   | Validation, LLC |
| 7 | Attn: Matthew Church |
|   | 10620 Southern Highlands Parkway, Suite 110-18 |
| 8 | Las Vegas, NV 89141 |
| 9 | |
|   | Innovative Solutions, Inc. |
| 10 | Attn: Cloud Peak Law, LLC, Registered Agent |
|    | 1095 Sugarview Drive, Suite 500 |
| 11 | Sheridan, Wyoming 82801 |
| 12 | |
|    | MRJR20 Partners, LLC |
| 13 | Attn: Rick R Emmett, Registered Agent |
|    | 10 Pointe Drive, Suite 150 |
| 14 | Brea, CA 92821 |
| 15 | |
|    | Lifesize, Inc. |
| 16 | Attn: Cloud Peak Law, LLC, Registered Agent |
|    | 1095 Sugarview Drive, Suite 500 |
| 17 | Sheridan, Wyoming 82801 |
| 18 | |
|    | Karrington, Inc. |
| 19 | Attn: Company Sage Agents, LLC, Registered Agent |
|    | 1095 Sugarview Drive, Suite 100 |
| 20 | Sheridan, Wyoming 82801 |
| 21 | |
|    | Spectrum Payment Solutions, LLC |
| 22 | Attn: Samson Ly |
|    | 208 S Moore Avenue, Apt D |
| 23 | Monterey Park, CA 91754 |
| 24 | |
|    | Jason D Williams |
| 25 | 4155 E La Palma Avenue |
|    | Anaheim, CA 92807 |
| 26 | |
|    | Home Energy Solutions, Inc. |
| 27 | Attn: Rick R Emmett, Financial Manager |
|    | 300 S Harbor Boulevard, Suite 1000 |
| 28 | Anaheim, CA 92805 |

9

#61104746v1

| | |
|---|---|
| 1 | The Coelho Irrevocable Life Insurance Trust |
| 2 | Attn: Rick R Emmett |
|   | 300 S Harbor Boulevard, Suite 1000 |
| 3 | Anaheim, CA 92805 |
| 4 | JNR Services, Inc. |
|   | Attn: Rick R Emmett |
| 5 | 10 Pointe Drive, Suite 150 |
| 6 | Brea, CA 92821 |
| 7 | CAT Exteriors, Inc. |
|   | Attn: Rick R Emmett |
| 8 | 10 Pointe Drive, Suite 150 |
| 9 | Brea, CA 92821 |
| 10 | AZLS Enterprises Inc. |
|    | Attn: Hee S Noh |
| 11 | 9 Traditional Place |
|    | Irvine, CA 92602 |
| 12 | |
| 13 | A Solution Debt Relief, Inc. |
|    | Attn: Cloud Peak Law, LLC, Registered Agent |
| 14 | 1095 Sugar View Drive, Suite 500 |
|    | Sheridan, WY 82801 |
| 15 | |
| 16 | Investlinc Wealth Services, Inc. |
|    | Attn: West A Cohan |
| 17 | 10 Pointe Drive, Suite 150 |
|    | Brea, CA 92821 |

10

#61104746v1