Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
DINSMORE & SHOHL, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
Telephone:  859-425-1046
Facsimile:  859-425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 19 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| The Litigation Practice Group P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | Adv No. 8:25-ap-01208-SC |
| | **ORDER ON JOINT STIPULATION PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND ALL DEFENDANTS EXCLUDING BAE ENTERPRISES, INC. AND ROSE BIANCA LOLI EXTENDING PRE-TRIAL DEADLINES AND RESCHEDULING PRE-TRIAL CONFERENCE** |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, | |
| Plaintiff, | |
| v. | |
| Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Rick Emmett, individually; Ryan Taylor Connet, individually;  Obrik, Inc., a Wyoming corporation; Albright, Inc., a Florida corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Final Season, Inc., a California corporation; Factor In, Inc., a California corporation; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Rose Bianca Loli, individually; Decacorn Holdings, Inc., a | Honorable Scott C. Clarkson
Dept. 5C |

1

California limited liability company; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Sean Stephens, individually; Lexicon Consulting, LLC, a California corporation; Daniel Lansdale, individually; United Partnerships, LLC, a California corporation; Ventura Consulting, LLC, a Nevada limited liability; Matthew Church, individually; Frank Brown, individually; Validation, LLC, a terminated California limited liability company; Innovative Solutions, LLC, a Wyoming corporation; MRJR20 Partners, LLC, a California limited liability company; MFCR, Investments, LLC, a Florida limited liability company; Lifesize, Inc., a Wyoming corporation.; Karrington, Inc., a Wyoming corporation; Spectrum Payment Solutions, LLC, a California limited liability company; Jason D. Williams, individually; Home Energy Solutions, Inc., a California corporation; The Coelho Irrevocable Life Insurance Trust, a California trust; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; A Solution Debt Relief, Inc., a Wyoming corporation and INVESTLINC Wealth Services, Inc., a California corporation,

Defendants.

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Trustee") and all Defendants listed above excluding BAE, Inc. and Rose Bianca Loli (collectively "Oxford Knox Defendants"), by their respective counsel of record, filed on May 16, 2025, as Dk. No. 11, and with the Court having reviewed the Stipulation between the Parties and finding good cause to approve same.

IT IS HEREBY ORDERED that:

1. The Stipulation is approved for the reasons stated therein.

2. The Oxford Knox Defendants, as defined herein, are deemed to have waived service of process of the complaint. The Oxford Knox Defendants shall have until June 6, 2025 to answer or otherwise respond to the complaint.

3. The Status Conference currently scheduled for May 28, 2025, is continued to July 17, 2025 at 1:30 p.m. ("Continued Status Conference") for all Defendants. A status report shall be filed

2

#61285431v2

fourteen days before the Continued Status Conference, and the Parties shall hold their Rule 26(f) meeting on or before June 26, 2025 with an exchange of initial disclosures to occur on or before June 30, 2025.

4. The reservation of rights in the Stipulation is acknowledged.

5. The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order.

**IT IS SO ORDERED.**

#####

Date: May 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge

3

#61285431v2