Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1056
Fax: (859) 425-1099
tyler.powell@dinsmore.com

☒ **Special Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.,<br><br>Debtor.<br>_____<br>Richard A. Marshack, Trustee of the LPG Trust,<br><br>Plaintiff,<br>v.<br><br>Oxford Knox, LLC, a Delaware limited liability company, et al.,<br><br>Defendant(s). | CASE NO.:  8:23-bk-10571-SC<br><br>ADV. NO.:  8:25-ap-01208-SC<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s)  Richard A. Marshack, Trustee of the LPG Trust                                    ,
    filed a motion or application (Motion) entitled Request for Clerk to Enter Default under LBR 7055-1(a) against
    BAE Enterprises, Inc., a Wyoming corporation                                                         .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

    ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 7055-1(a)    ; or

    ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. *(Check appropriate box below):*

    ☒ The full motion is attached to this notice; or

    ☐ The full motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 2 | **F 9013-1.2.NO.HEARING.NOTICE**

4.  Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing.


Respectfully submitted,


Date: May 20, 2025

/s/ Tyler Powell
Signature of Movant or attorney for Movant

Tyler Powell
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (SBN 201654)<br>Tyler Powell (Ky. Bar No. 90520) (Admitted Pro Hac Vice)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone (619) 400-0500<br>yosina.lissebeck@dinsmore.com<br>tyler.powell@dinsmore.com<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.,<br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>ADVERSARY NO.: 8:25-ap-01208-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br>Plaintiff(s),<br><br>vs.<br><br>Oxford Knox, LLC, a Delaware limited liability company, et al.,<br><br>Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant against whom default is sought:  BAE Enterprises, Inc., a Wyoming corporation

2.  Plaintiff filed the complaint in this adversary proceeding on (*specify date*): March 19, 2025

3.  The summons and complaint were served on Defendant by      ☐ Personal Service   ☒ Mail Service
    on the following date (*specify date*): April 14, 2025

4. A conformed copy of the executed service of summons form is attached hereto as Exhibit A and the Declaration of Tyler Powell is attached hereto as Exhibit B.

5.  The time for filing an answer or other responsive pleading expired on (*specify date*): May 7, 2025

6.  No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: May 20, 2025

/s/ Tyler Powell
Signature
Tyler Powell
*Printed name of Plaintiff or attorney for Plaintiff*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tyler Powell<br>Dinsmore & Shohl LLP<br>100 W Main St Ste 900<br>Suite 900<br>Lexington, KY 40507<br><br>859-425-1046<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br><br>ADVERSARY NUMBER: 8:25-ap-01208-SC |
|---|---|
| Richard A. Marshack<br><br><br>Plaintiff(s)<br>Versus<br><br>Oxford Knox, LLC<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **05/07/2025.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| Date: | **June 5, 2025** |
| Time: | **01:30 PM** |
| Hearing Judge: | **Scott C Clarkson** |
| Location: | **411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>April 7, 2025</u>

By: _____<u>"s/" Nickie Bolte</u>_____

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 2                        **F 7004-1.SUMMONS.ADV.PROC**

Exhibit A
Page 6

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Oxford Knox, LLC<br>Buffalo 21 Partners, Inc.<br>Rick Emmett<br>Ryan Taylor Connet<br>Obrik, Inc.<br>Albright, Inc.<br>Jason Dovalina<br>Rachel Dovalina<br>Factor In, Inc.<br>Syed Faisal Gilani<br>Bae Enterprises, Inc.<br>Rose Bianca Loli<br>Decacorn Holdings, LLC<br>Samson Ly<br>BEW Solar Management, LLC<br>Sean M Stephens<br>Lexicon Consulting, Inc.<br>Daniel Lansdale<br>United Partnerships, Inc.<br>Ventura Consulting, LLC<br>Matthew Church<br>Frank Brown<br>Validation Partners, LLC<br>MRJR20 Partners, LLC<br>MFCR Investments, LLC<br>Lifesize, Inc.<br>Karrington, Inc.<br>Spectrum Payment Solutions, LLC<br>Jason D Williams<br>Home Energy Solutions, Inc.<br>The Coelho Irrevocable Life Insurance Trust<br>JNR Services, Inc.<br>C.A.T. Exteriors, Inc.<br>AZLS Enterprises Inc.<br>A Solution Debt Relief, Inc.<br>Validation LLC<br>Innovative Solutions, LLC<br>INVESTLINC Wealth Services, Inc.<br>Final Season, Inc.<br>Sye Gilani |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

**COMPLAINT; ORDER RE EARLY MEETING OF COUNSEL, STATUS CONFERENCE INSTRUCTIONS AND**

**GENERAL PROCEDURES; and NOTICE OF REQUIRED COMPLIANCE WITH RULE 7026**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* April 14, 2025 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2025 | Wendy A. Yones | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Exhibit A
Page 8

Oxford Knox, LLC
Attn: Richard R Emmett, Partnership Representative
251 Little Falls Drive
Wilmington, Delaware 19808

Buffalo 21 Partners, Inc.
Attn: Richard R Emmett, CEO
10 Pointe Drive, Suite 150
Brea, CA 92821

Rick Ronald Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

Ryan Taylor Connet
4155 E La Palma Avenue
Anaheim, CA 92807

Obrik, Inc
Attn: Cloud Peak Law, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Jason Dovalina
128 W Santa Fe Avenue, Suite C
Placentia, CA 92870-5632

Rachel Dovalina
736 Oceanview Drive
Fullerton, CA 92832

Factor In, Inc.
Attn: Sye Gilani, Registered Agent
7651 Greenock Way, Riverside, CA 92508

Syed Faisal Gilani aka Sye Gilani
7651 Greenock Way
Riverside, CA 92508

Bae Enterprises, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Rose Bianca Loli
33741 Alcazar Drive
Dana Point, CA 92629

Rose Bianca Loli
1220 Ensenada Avenue
Laguna Beach, CA 92651

Samson Ly
208 S Moore Avenue, Apt D
Monterey Park, CA 91754

BEW Solar Management, LLC
Attn: Sean M Stephens, Manager
2560 N Synergy Avenue
Eagle, Idaho 83616

Sean M Stephens
2560 N Synergy Ave
Eagle, Idaho 83616

Daniel Lansdale
515 W Commonwealth Avenue, Suite 211
Fullerton, CA 92832

United Partnerships, Inc.
7300 Lennox Avenue, Room J-14
Van Nuys, CA 91405

Ventura Consulting, LLC
Attn: Matthew Church, Managing Member
708 Grandview Avenue
Fullerton, CA 92832

Ventura Consulting, LLC
Attn: Matthew Church, Managing Member
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Matthew Church
708 Grandview Avenue
Fullerton, CA 92832

Matthew Church
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Frank Brown
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas NV 89141

Frank Brown
10881 Pentland Downs Street
Las Vegas, NV 89141

Validation, LLC
Attn: Matthew Church
708 Grandview Avenue
Fullerton, CA 92832

Validation, LLC
Attn: Matthew Church
10620 Southern Highlands Parkway, Suite 110-18
Las Vegas, NV 89141

Innovative Solutions, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

MRJR20 Partners, LLC
Attn: Rick R Emmett, Registered Agent
10 Pointe Drive, Suite 150
Brea, CA 92821

Lifesize, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, Wyoming 82801

Karrington, Inc.
Attn: Company Sage Agents, LLC, Registered Agent
1095 Sugarview Drive, Suite 100
Sheridan, Wyoming 82801

Spectrum Payment Solutions, LLC
Attn: Samson Ly
208 S Moore Avenue, Apt D
Monterey Park, CA 91754

Jason D Williams
4155 E La Palma Avenue
Anaheim, CA 92807

Home Energy Solutions, Inc.
Attn: Rick R Emmett, Financial Manager
300 S Harbor Boulevard, Suite 1000
Anaheim, CA 92805

The Coelho Irrevocable Life Insurance Trust
Attn: Rick R Emmett
300 S Harbor Boulevard, Suite 1000
Anaheim, CA 92805

JNR Services, Inc.
Attn: Rick R Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

CAT Exteriors, Inc.
Attn: Rick R Emmett
10 Pointe Drive, Suite 150
Brea, CA 92821

AZLS Enterprises Inc.
Attn:  Hee S Noh
9 Traditional Place
Irvine, CA 92602

A Solution Debt Relief, Inc.
Attn: Cloud Peak Law, LLC, Registered Agent
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

Investlinc Wealth Services, Inc.
Attn: West A Cohan
10 Pointe Drive, Suite 150
Brea, CA 92821

# EXHIBIT B

1  Christopher Celentino (SBN 131688)
   Yosina M. Lissebeck (SBN 201654)
2  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Tel: (619) 400-0500
4  Fax: (619) 400-0501
   christopher.celentino@dinsmore.com
5  yosina.lissebeck@dinsmore.com

6  Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
   **DINSMORE & SHOHL LLP**
7  100 West Main Street, Suite 900
   Lexington, KY 40507
8  Tel: (859) 425-1056
   Fax: (859) 425-1099
9  tyler.powell@dinsmore.com

10  Special Counsel to Richard A. Marshack,
    Trustee of the LPG Liquidation Trust

11

12              **UNITED STATES BANKRUPTCY COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **SANTA ANA DIVISION**

15  In re:                                    Chapter 11

16  The Litigation Practice Group P.C.,       Case No. 8:23-bk-10571-SC
                                              Adv. No. 8:25-ap-01208-SC
17                        Debtor.
                                              **DECLARATION OF TYLER POWELL IN**
18  _____       **SUPPORT OF PLAINTIFF'S REQUEST**
                                              **FOR ENTRY OF DEFAULT UNDER RULE**
    Richard A. Marshack, Trustee of the LPG   **LBR 7055-1**
19  Liquidation Trust,

20                        Plaintiff,
                                              Judge:  Honorable Scott C. Clarkson
21  v.                                        Place:  411 West Fourth Street
                                                      Courtroom 5C
22  Oxford Knox, LLC, a Delaware limited              Santa Ana, CA 92701
    liability company, et al.,
23
                          Defendants.
24

25      I, TYLER POWELL, declare as follows:

26      1.      I am an attorney duly licensed to practice law and admitted to practice before this Court

27  *pro hac vice*. I am a partner with the law firm Dinsmore & Shohl LLP, and counsel of record for

28  special counsel for Richard A. Marshack, Trustee ("Trustee") of the LPG Liquidation Trust. As such,

                                              1

1    except as expressly stated otherwise, I have personal knowledge of the facts as set forth below and

2    could and would competently testify under oath thereto, if requested to do so.

3        2.    I make this declaration in support of the Request for Entry of Default ("Request for

4    Entry") submitted concurrently herewith pursuant to Local Bankruptcy Rule 7055-1(a).

5        3.    On March 16, 2025, on behalf of Plaintiff, my office filed a Complaint in the above-

6    titled action.

7        4.    On March 20, 2025, our office served the Complaint along with the Summons, Notice

8    of Required Compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule

9    7026-1 of the Local Bankruptcy Rules, and Order Re Early Meeting of Counsel, Status Conference

10   Instructions and General Procedures ("Summons") on Defendant BAE Enterprises, Inc., a Wyoming

11   corporation ("Defendant") by mail service at the following addresses:

12       **BAE Enterprises, Inc.**
         **Attn: Cloud Peak Law LLC, Registered Agent**
13       **1095 Sugarview Drive, Suite 500**
         **Sheridan, Wyoming 82801**
14

15       5.    A true and correct copy of a screenshot taken from the Wyoming Secretary of State's

16   website displaying the current Registered Agent for Defendant is attached hereto as Exhibit 1.

17       6.    A conformed copy of the completed Summons showing service of the summons and

18   complaint is attached to the Request for Default.

19       7.    Defendant's response to the complaint was due on April 18, 2025.

20       8.    As of the date of this Declaration, I have not received any responsive pleading to the

21   complaint from the Defendant. I have also reviewed the docket on Pacer for this action and did not

22   see any responsive pleading filed by the Defendant.

23       9.    As such, I request that default be entered against the Defendant in this adversary case.

24       I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and correct. Executed on this 20th day of May 2025 at Lexington, Kentucky.

26

27                                         /s/ Tyler Powell
                                           TYLER POWELL

28

2

# EXHIBIT 1

# STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **BAE Enterprises Inc.** | | |
| **Filing ID** | **2021-001010963** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 06/07/2021 5:05 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 08/09/2023 |

## Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 1,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 10.0000 | Par Value | 0.0000 | | |

**Principal Address**

1309 Coffeen Avenue STE 1200
Sheridan, Wyoming 82801

**Mailing Address**

1309 Coffeen Avenue STE 1200
Sheridan, Wyoming 82801

**Registered Agent Address**

Cloud Peak Law, LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

## Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Cloud Peak Law, LLC 1095 Sugar View Dr STE 500 Sheridan WY 82801 |

## Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **BAE Enterprises Inc.** | | |
| **Filing ID** | **2021-001010963** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2022 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 07355707 |
| AR Date | 6/6/2022 8:44 AM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Secretary | Andrew Pierce  Sheridan |

| **Principal Address** | **Mailing Address** |
|---|---|
| 1309 Coffeen Avenue STE 1200 | 1309 Coffeen Avenue STE 1200 |
| Sheridan, Wyoming 82801 | Sheridan, Wyoming 82801 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 07355707 | Original | 06/06/2022 | 2022 | $60.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2023-004315775 | Dissolution / Revocation - Tax | 08/09/2023 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 08/09/2023 | |
| 2023-004208073 | Delinquency Notice - Tax | 06/02/2023 |
| 2022-003691559 | Delinquency Notice - Tax | 06/02/2022 |
| See Filing ID | Initial Filing | 06/07/2021 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1 (p) or (q), REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(A)** and **DECLARATION OF TYLER POWELL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 5/20/25____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

•Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
•Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
•Tyler Powell    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com
•United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:

On *(date)* 5/20/25____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

David M. Goodrich, Esq.
Jeffrey I. Golden, Esq.
Golden Goodrich LLP
3070 Bristol St., Ste 640
Costa Mesa, CA 92626
Attorneys for Defendants

Bae Enterprises, Inc.
Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2025 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 3                **F 9013-1.2.NO.HEARING.NOTICE**