# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.<br><br><div align="right">Debtor(s).</div> | BANKRUPTCY CASE NO.:  8:23−bk−10571−SC<br><br>CHAPTER NO.:  11 |
| Richard A. Marshack<br><br><div align="center">Plaintiff(s)</div><div align="center">Versus</div>Oxford Knox, LLC<br><br>**(See Attachment A for names of additional defendants)**<div align="right">Defendant(s)</div> | ADVERSARY NO.:  8:25−ap−01208−SC |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On <u>May 20, 2025</u>, a request was filed for the clerk to enter default against defendant(s) **BAE Enterprises, Inc., a Wyoming corporation**.

Having reviewed the request, the clerk hereby enters default as requested.

|  |  |
|---|---|
|  | For the Court,<br><br>**KATHLEEN J. CAMPBELL, CLERK OF COURT**<br><br>**By: <u>Nickie Bolte</u>**<br>    **Deputy Clerk** |
| Dated: May 20, 2025 |  |

(Form van192−nched VAN−192) Rev. 12/2014                                                                                        **14 − 13 / NB8**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Oxford Knox, LLC<br>Buffalo 21 Partners, Inc.<br>Rick Emmett<br>Ryan Taylor Connet<br>Obrik, Inc.<br>Albright, Inc.<br>Jason Dovalina<br>Rachel Dovalina<br>Factor In, Inc.<br>Syed Faisal Gilani<br>Bae Enterprises, Inc.<br>Rose Bianca Loli<br>Decacorn Holdings, LLC<br>Samson Ly<br>BEW Solar Management, LLC<br>Sean M Stephens<br>Lexicon Consulting, Inc.<br>Daniel Lansdale<br>United Partnerships, Inc.<br>Ventura Consulting, LLC<br>Matthew Church<br>Frank Brown<br>Validation Partners, LLC<br>MRJR20 Partners, LLC<br>MFCR Investments, LLC<br>Lifesize, Inc.<br>Karrington, Inc.<br>Spectrum Payment Solutions, LLC<br>Jason D Williams<br>Home Energy Solutions, Inc.<br>The Coelho Irrevocable Life Insurance Trust<br>JNR Services, Inc.<br>C.A.T. Exteriors, Inc.<br>AZLS Enterprises Inc.<br>A Solution Debt Relief, Inc.<br>Validation LLC<br>Innovative Solutions, LLC<br>INVESTLINC Wealth Services, Inc.<br>Final Season, Inc.<br>Sye Gilani |

(Form van192−nched VAN−192) Rev. 12/2014

**ATTACHMENT A**