United States Bankruptcy Court

Central District of California

Marshack,

    Plaintiff

Oxford Knox, LLC,

    Defendant

Adv. Proc. No. 25-01208-SC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2025 | Form ID: pdf031 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | A Solution Debt Relief, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | AZLS Enterprises Inc., c/o Hee S. Noh, Registered Agent, 9 Traditional Pl, Irvine, CA 92602-0700 |
| dft | | Albright, Inc., c/o William J. Albright, Registered Agen, 701 Esta Dr #263, Punta Gorda, FL 33951 |
| dft | + | BEW Solar Management, LLC, c/o Sean M. Stephens, Manager, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Bae Enterprises, Inc., Cloud Peak Law, LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Buffalo 21 Partners, Inc., c/o Richard R. Emmett, 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |
| dft | + | C.A.T. Exteriors, Inc., c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Daniel Lansdale, 515 W Commonwealth Ave Ste 211, Fullerton, CA 92832-1752 |
| dft | + | Decacorn Holdings, LLC, c/o Dana Fang, Registered Agent, 2520 Venture Oaks Way Ste 120, Sacramento, CA 95833-4227 |
| dft | + | Factor In, Inc., c/o Sye Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | Final Season, Inc., 5716 Corsa Ave S. 110, Lake Village, CA 91362-7354 |
| dft | + | Frank Brown, 10620 Southern Highlands Pkwy Ste 110-18, Las Vegas, NV 89141-4371 |
| dft | + | Home Energy Solutions, Inc., c/o Rick R. Emmett, Manager, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | INVESTLINC Wealth Services, Inc., c/o West A. Cohen, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Innovative Solutions, LLC, c/o Cloud Peak Law LLC, Registert Agen, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | JNR Services, Inc., c/o Rick R. Emmett, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Jason D Williams, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | | Jason Dovalina, 128 W. Santa Fe Ave Ste C, Placentia, CA 92870-5632 |
| dft | + | Karrington, Inc., c/o Company Sage Agents LLC, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Lexicon Consulting, Inc., c/o Jamie Latshaw, 266 S Magnolia Ave Ste 202, El Cajon, CA 92020-4530 |
| dft | + | Lifesize, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | MFCR Investments, LLC, c/o Scott F. Penton Registered Agent, 1525 Clapton Dr, Deland, FL 32720-0853 |
| dft | + | MRJR20 Partners, LLC, c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Matthew Church, 708 Grandview Ave, Fullerton, CA 92832-1112 |
| dft | + | Obrik, Inc., c/o Cloud Peak Law, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Oxford Knox, LLC, c/o Richard R. Emmett, Registered Agent, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| dft | + | Rachel Dovalina, 736 Oceanview Dr, Fullerton, CA 92832-1125 |
| dft | + | Rick Emmett, 10 Point Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Rose Bianca Loli, 33741 Alcazar Dr, Dana Point, CA 92629-6403 |
| dft | + | Ryan Taylor Connet, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | + | Samson Ly, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Sean M Stephens, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Spectrum Payment Solutions, LLC, c/o Samson Ly, Registered Agent, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Syed Faisal Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | The Coelho Irrevocable Life Insurance Trust, Rick R. Emmett, Trustee, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | United Partnerships, Inc., 7300 Lennox Ave Rm J-14, Van Nuys, CA 91405-6244 |
| dft | + | Validation LLC, c/o Agent for Service of Process, Matthew Church, 17542 17th Street Ste 105, Tustin, CA 92780-7934 |
| dft | + | Validation Partners, LLC, c/o M&M RA Solutions, Registered Agent, 3001 SW 3rd Ave, Miami, FL 33129-2709 |
| dft | + | Ventura Consulting, LLC, c/o Matthew Church, Registered Agent, 708 Grandview Ave, Fullerton, CA 92832-1112 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | May 20 2025 01:12:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA |

92620

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Leslie A Cohen | on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

1  Christopher Celentino (State Bar No. 131688)
   Yosina M. Lissebeck (State Bar No. 201654)
2  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone:  619.400.0500
4  Facsimile:  619.400.0501
   christopher.celentino@dinsmore.com
5  yosina.lissebeck@dinsmore.com

6  Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
   DINSMORE & SHOHL, LLP
7  100 West Main Street, Suite 900
   Lexington, KY  40507
8  Telephone:  859-425-1046
   Facsimile:  859-425-1099
9  tyler.powell@dinsmore.com

10 Attorneys for Richard A. Marshack,
   Trustee of the LPG Liquidation Trust

FILED & ENTERED

MAY 19 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

11

12                    **UNITED STATES BANKRUPTCY COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14                          **SANTA ANA DIVISION**

15 In re:                                  Chapter 11

16 The Litigation Practice Group P.C.,     Case No. 8:23-bk-10571-SC
                                           Adv No. 8:25-ap-01208-SC
17              Debtor.
                                           **ORDER ON JOINT STIPULATION**
18 _____    **PLAINTIFF RICHARD A. MARSHACK,**
                                           **TRUSTEE OF THE LPG LIQUIDATION**
19 Richard A. Marshack, Trustee of the LPG **TRUST AND ALL DEFENDANTS**
   Liquidation Trust,                      **EXCLUDING BAE ENTERPRISES, INC.**
20                                         **AND ROSE BIANCA LOLI EXTENDING**
              Plaintiff,                   **PRE-TRIAL DEADLINES AND**
21                                         **RESCHEDULING PRE-TRIAL**
   v.                                      **CONFERENCE**
22
   Oxford Knox, LLC, a Delaware limited liability
23 company; Buffalo 21 Partners, Inc., a Wyoming
   corporation; Rick Emmett, individually; Ryan   Honorable Scott C. Clarkson
24 Taylor Connet, individually;  Obrik, Inc., a    Dept. 5C
   Wyoming corporation; Albright, Inc., a Florida
25 corporation; Jason Dovalina, individually; Rachel
   Dovalina, individually; Final Season, Inc., a
26 California corporation; Factor In, Inc., a
   California corporation; Syed Faisal Gilani aka
27 Sye Gilani, individually; BAE Enterprises, Inc., a
   Wyoming corporation; Rose Bianca Loli,
28 individually; Decacorn Holdings, Inc., a

                                    1

California limited liability company; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Sean Stephens, individually; Lexicon Consulting, LLC, a California corporation; Daniel Lansdale, individually; United Partnerships, LLC, a California corporation; Ventura Consulting, LLC, a Nevada limited liability; Matthew Church, individually; Frank Brown, individually; Validation, LLC, a terminated California limited liability company; Innovative Solutions, LLC, a Wyoming corporation; MRJR20 Partners, LLC, a California limited liability company; MFCR, Investments, LLC, a Florida limited liability company; Lifesize, Inc., a Wyoming corporation.; Karrington, Inc., a Wyoming corporation; Spectrum Payment Solutions, LLC, a California limited liability company; Jason D. Williams, individually; Home Energy Solutions, Inc., a California corporation; The Coelho Irrevocable Life Insurance Trust, a California trust; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; A Solution Debt Relief, Inc., a Wyoming corporation and INVESTLINC Wealth Services, Inc., a California corporation,

Defendants.

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Trustee") and all Defendants listed above excluding BAE, Inc. and Rose Bianca Loli (collectively "Oxford Knox Defendants"), by their respective counsel of record, filed on May 16, 2025, as Dk. No. 11, and with the Court having reviewed the Stipulation between the Parties and finding good cause to approve same.

IT IS HEREBY ORDERED that:

1.      The Stipulation is approved for the reasons stated therein.

2.      The Oxford Knox Defendants, as defined herein, are deemed to have waived service of process of the complaint. The Oxford Knox Defendants shall have until June 6, 2025 to answer or otherwise respond to the complaint.

3.      The Status Conference currently scheduled for May 28, 2025, is continued to July 17, 2025 at 1:30 p.m. ("Continued Status Conference") for all Defendants.  A status report shall be filed

#61285431v2

1    fourteen days before the Continued Status Conference, and the Parties shall hold their Rule 26(f)

2    meeting on or before June 26, 2025 with an exchange of initial disclosures to occur on or before June

3    30, 2025.

4         4.    The reservation of rights in the Stipulation is acknowledged.

5         5.    The Court retains jurisdiction to interpret and implement the terms of the Stipulation

6    and this Order.

7         **IT IS SO ORDERED.**

8

9                                        #####

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: May 19, 2025                        Scott C. Clarkson
                                              United States Bankruptcy Judge

25

26

27

28

#61285431v2

3