United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Oxford Knox, LLC,
    Defendant

Adv. Proc. No. 25-01208-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: May 20, 2025     Form ID: van192     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | A Solution Debt Relief, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | AZLS Enterprises Inc., c/o Hee S. Noh, Registered Agent, 9 Traditional Pl, Irvine, CA 92602-0700 |
| dft | | Albright, Inc., c/o William J. Albright, Registered Agen, 701 Esta Dr #263, Punta Gorda, FL 33951 |
| dft | + | BEW Solar Management, LLC, c/o Sean M. Stephens, Manager, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Bae Enterprises, Inc., Cloud Peak Law, LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Buffalo 21 Partners, Inc., c/o Richard R. Emmett, 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |
| dft | + | C.A.T. Exteriors, Inc., c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Daniel Lansdale, 515 W Commonwealth Ave Ste 211, Fullerton, CA 92832-1752 |
| dft | + | Decacorn Holdings, LLC, c/o Dana Fang, Registered Agent, 2520 Venture Oaks Way Ste 120, Sacramento, CA 95833-4227 |
| dft | + | Factor In, Inc., c/o Sye Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | Final Season, Inc., 5716 Corsa Ave S. 110, Lake Village, CA 91362-7354 |
| dft | + | Frank Brown, 10620 Southern Highlands Pkwy Ste 110-18, Las Vegas, NV 89141-4371 |
| dft | + | Home Energy Solutions, Inc., c/o Rick R. Emmett, Manager, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | INVESTLINC Wealth Services, Inc., c/o West A. Cohen, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Innovative Solutions, LLC, c/o Cloud Peak Law LLC, Registert Agen, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | JNR Services, Inc., c/o Rick R. Emmett, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Jason D Williams, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | | Jason Dovalina, 128 W. Santa Fe Ave Ste C, Placentia, CA 92870-5632 |
| dft | + | Karrington, Inc., c/o Company Sage Agents LLC, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Lexicon Consulting, Inc., c/o Jamie Latshaw, 266 S Magnolia Ave Ste 202, El Cajon, CA 92020-4530 |
| dft | + | Lifesize, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | MFCR Investments, LLC, c/o Scott F. Penton Registered Agent, 1525 Clapton Dr, Deland, FL 32720-0853 |
| dft | + | MRJR20 Partners, LLC, c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Matthew Church, 708 Grandview Ave, Fullerton, CA 92832-1112 |
| dft | + | Obrik, Inc., c/o Cloud Peak Law, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Oxford Knox, LLC, c/o Richard R. Emmett, Registered Agent, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| dft | + | Rachel Dovalina, 736 Oceanview Dr, Fullerton, CA 92832-1125 |
| dft | + | Rick Emmett, 10 Point Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Rose Bianca Loli, 33741 Alcazar Dr, Dana Point, CA 92629-6403 |
| dft | + | Ryan Taylor Connet, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | + | Samson Ly, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Sean M Stephens, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Spectrum Payment Solutions, LLC, c/o Samson Ly, Registered Agent, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Syed Faisal Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | The Coelho Irrevocable Life Insurance Trust, Rick R. Emmett, Trustee, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | United Partnerships, Inc., 7300 Lennox Ave Rm J-14, Van Nuys, CA 91405-6244 |
| dft | + | Validation LLC, c/o Agent for Service of Process, Matthew Church, 17542 17th Street Ste 105, Tustin, CA 92780-7934 |
| dft | + | Validation Partners, LLC, c/o M&M RA Solutions, Registered Agent, 3001 SW 3rd Ave, Miami, FL 33129-2709 |
| dft | + | Ventura Consulting, LLC, c/o Matthew Church, Registered Agent, 708 Grandview Ave, Fullerton, CA 92832-1112 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | May 21 2025 00:48:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 20, 2025 | Form ID: van192 | Total Noticed: 40 |

92620

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leslie A Cohen | on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER NO.: 11 |
|---|---|
| Richard A. Marshack<br><br>Plaintiff(s)<br>Versus<br>Oxford Knox, LLC<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.: 8:25-ap-01208-SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On <u>May 20, 2025</u>, a request was filed for the clerk to enter default against defendant(s) **<u>BAE Enterprises, Inc., a Wyoming corporation</u>**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: May 20, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Glenda Deramus</u>**
  **Deputy Clerk**

(Form van192-nched VAN-192) Rev. 12/2014

**15 – 13 / GD**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Oxford Knox, LLC |
| | Buffalo 21 Partners, Inc. |
| | Rick Emmett |
| | Ryan Taylor Connet |
| | Obrik, Inc. |
| | Albright, Inc. |
| | Jason Dovalina |
| | Rachel Dovalina |
| | Factor In, Inc. |
| | Syed Faisal Gilani |
| | Bae Enterprises, Inc. |
| | Rose Bianca Loli |
| | Decacorn Holdings, LLC |
| | Samson Ly |
| | BEW Solar Management, LLC |
| | Sean M Stephens |
| | Lexicon Consulting, Inc. |
| | Daniel Lansdale |
| | United Partnerships, Inc. |
| | Ventura Consulting, LLC |
| | Matthew Church |
| | Frank Brown |
| | Validation Partners, LLC |
| | MRJR20 Partners, LLC |
| | MFCR Investments, LLC |
| | Lifesize, Inc. |
| | Karrington, Inc. |
| | Spectrum Payment Solutions, LLC |
| | Jason D Williams |
| | Home Energy Solutions, Inc. |
| | The Coelho Irrevocable Life Insurance Trust |
| | JNR Services, Inc. |
| | C.A.T. Exteriors, Inc. |
| | AZLS Enterprises Inc. |
| | A Solution Debt Relief, Inc. |
| | Validation LLC |
| | Innovative Solutions, LLC |
| | INVESTLINC Wealth Services, Inc. |
| | Final Season, Inc. |
| | Sye Gilani |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A