Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: 859-425-1046
Facsimile: 859-425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA DIVISION)

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>　　　　　　　Debtor(s).<br><br>---<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, et al.<br><br>　　　　　　　Defendants | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:25-ap-01208-SC<br><br>**STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT ROSA BIANCA LOLI DISMISSING LOLI ONLY FROM THE COMPLAINT AND VACATING HEARING DATE FOR HER PENDING MOTION TO DISMISS** |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Plaintiff Richard A. Marshack, the Trustee of the LPG Liquidation Trust, ("Trustee") and Defendant Rosa Bianca Loli ("Ms. Loli") (collectively the "Parties"), with regard to the following:

## RECITALS

**A.** On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing this bankruptcy case.

**B.** On March 19, 2025, the Trustee filed this Adversary Proceeding ("Adversary").

**C.** On May 7. 2025, Ms. Loli, through counsel, filed a Motion to Dismiss Adversary Proceeding and Amended Complaint ("Motion to Dismiss") [Dkt. No. 9], which is set for hearing on July 17, 2025 at 1:30 p.m. Rather than seeking to dismiss only Ms. Loli from this Adversary, the Motion to Dismiss asks the Court to dismiss the entire Adversary with prejudice for failing to state a claim against her.

**D.** The Trustee's Complaint, as amended, does not identify any transfers made directly to Ms. Loli. Ms. Loli was named as a defendant because she was allegedly a member of BAE Enterprises, Inc. ("BAE"), which was a member of Defendant Oxford Knox, LLC ("Oxford Knox"). In recent conversations with counsel for the Trustee, Mr. Tony Diab has stated that neither BAE nor Ms. Loli, received funds through Oxford Knox. The Trustee has accepted this statement from Mr. Diab as true and correct.

**E.** The Trustee has also named Ms. Loli as a Defendant in Adversary Proceeding Nos. 8:23-ap-01046 and 8:25-ap-01181 ("Other Adversaries").

**F.** Given the pending Motion to Dismiss, the Parties stipulate, agree, and request that the Court enter an Order as follows:

## STIPULATION

1. The Parties request that the Court enter an order dismissing Ms. Loli from this Adversary Proceeding. The Parties agree that Ms. Loli's dismissal will be with prejudice as to any

2

claims the Plaintiff has or may have against Ms. Loli related to Oxford Knox, LLC. The Parties further agree that this order of dismissal shall have no impact or effect on the Other Adversaries.

2. The Parties further request that the Motion to Dismiss be determined moot following the entry an order entered pursuant to this stipulation and the hearing on the Motion to Dismiss set for July 17, 2025 at 1:30 p.m. be vacated.

3. Except as set forth herein, the Parties reserve all rights and claims against the other.

4. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: June 10, 2025            DINSMORE & SHOHL LLP

By: /s/ Tyler Powell
    Tyler Powell [pro hac vice]
    Attorneys for Trustee of the LPG
    Liquidation Trust Richard A. Marshack

DATED: June _6_, 2025            LESLIE COHEN LAW, PC

By: _____
    Leslie Cohen Law, PC
    Counsel for Rosa Bianca Loli

3

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is **100 West Main Street, Suite 900, Lexington, Kentucky 40507.** True and correct copies of the foregoing documents:

**STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT ROSA BIANCA LOLI DISMISSING LOLI ONLY FROM THE COMPLAINT AND VACATING HEARING DATE FOR HER PENDING MOTION TO DISMISS**

will be served in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 10, 2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell**  - tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com; wendy.yones@dinsmore.com
- **United States Trustee (SA)** - ustpregion16.sa.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **June 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

**3. <u>BY ELECTRONIC MAIL</u>:** On **June 10, 2025**, I caused such documents described herein to be sent to the person(s) at the e-mail addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**4. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025     Lydia K. Tharp | /s/ Lydia K. Tharp |
|---|---|
| Date     Printed Name | Signature |

4

| | |
|---|---|
| 1 | David M. Goodrich, Esq. |
| 2 | Jeffrey I. Golden, Esq. |
| | Golden Goodrich LLP |
| 3 | 3070 Bristol St., Ste 640 |
| | Costa Mesa, CA 92626 |
| 4 | dgoodrich@go2.law |
| | jgolden@go2.law |
| 5 | *Attorneys for Defendants* |
| 6 | |
| 7 | Bae Enterprises, Inc. |
| | Attn: Cloud Peak Law, LLC, Registered Agent |
| | 1095 Sugarview Drive, Suite 500 |

5