1  Christopher Celentino (State Bar No. 131688)
   Yosina M. Lissebeck (State Bar No. 201654)
2  Christopher B. Ghio (State Bar No. 259094)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, California 92101
4  Telephone:  619.400.0500
   Facsimile: 619.400.0501
5  christopher.celentino@dinsmore.com
   yosina.lissebeck@dinsmore.com
6  christopher.ghio@dinsmore.com

7  Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
8  **DINSMORE & SHOHL, LLP**
   100 West Main Street, Suite 900
9  Lexington, Kentucky 40507
   Telephone:  859-425-1046
10 Facsimile:  859-425-1099
   tyler.powell@dinsmore.com
11
12 Attorneys for Richard A. Marshack,
   Trustee of the LPG Liquidation Trust

13

14              **UNITED STATES BANKRUPTCY COURT**

15       **CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA DIVISION)**

16

17 In re:                               Chapter 11

18 The Litigation Practice Group P.C.,   Case No. 8:23-bk-10571-SC

19              Debtor(s).              Adv. Proc. No. 8:25-ap-01208-SC

20 _____     **ORDER ON STIPULATION BETWEEN
                                        PLAINTIFF RICHARD A. MARSHACK,**
21 Richard A. Marshack, Trustee of the LPG  **TRUSTEE OF THE LPG LIQUIDATION
                                        TRUST, AND DEFENDANT ROSA BIANCA**
22 Liquidation Trust,                   **LOLI DISMISSING LOLI ONLY FROM
                                        THE    COMPLAINT    AND    VACATING**
23              Plaintiff,             **HEARING DATE FOR HER PENDING
                                        MOTION TO DISMISS**
24 v.

25 Oxford Knox, LLC, et al.             [No Hearing Required Pursuant to Local
                                        Bankruptcy Rule 9013-1(o)]
26
                Defendants
27

28

                                     1

1     The Court has read and considered the Stipulation ("Stipulation") entered into by and between

2    Plaintiff Richard A. Marshack, Trustee of The LPG Liquidation Trust (the "Trustee") and Defendant

3    Rosa Bianca Loli ("Ms. Loli"), by their respective counsel of record, filed on June 10, 2025 as Dk. No.

4    19, and with the Court having reviewed same and finding good cause to approve the Stipulation.

5    IT IS HEREBY ORDERED that:

6    1.    The Stipulation is approved for the reasons stated therein.

7    2.    Ms. Loli will be dismissed as a party from this adversary proceeding.  This dismissal is

8    with prejudice as to any claims the Plaintiff has or may have against Ms. Loli related to Oxford Knox,

9    LLC.  Ms. Loli's dismissal from this adversary will have no impact or effect on her status as a defendant

10    in the Other Adversaries as that term is defined in the Stipulation.

11    3.    Ms. Loli's Motion to Dismiss is moot upon entry of this order and the hearing on the

12    Motion to Dismiss presently scheduled for July 17, 2025 at 1:30 p.m. is VACATED.

13    4.    The reservation of rights in the Stipulation is acknowledged.

14    5.    The Court retains jurisdiction to interpret and implement the terms of the Stipulation

15    and this Order.

16    **IT IS SO ORDERED.**

17    ####

Date: June 11, 2025

Scott C. Clarkson
United States Bankruptcy Judge

#61692400v1