United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Oxford Knox, LLC,
    Defendant

Adv. Proc. No. 25-01208-SC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdf031 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | A Solution Debt Relief, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | AZLS Enterprises Inc., c/o Hee S. Noh, Registered Agent, 9 Traditional Pl, Irvine, CA 92602-0700 |
| dft | | Albright, Inc., c/o William J. Albright, Registered Agen, 701 Esta Dr #263, Punta Gorda, FL 33951 |
| dft | + | BEW Solar Management, LLC, c/o Sean M. Stephens, Manager, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Bae Enterprises, Inc., Cloud Peak Law, LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Buffalo 21 Partners, Inc., c/o Richard R. Emmett, 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |
| dft | + | C.A.T. Exteriors, Inc., c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Daniel Lansdale, 515 W Commonwealth Ave Ste 211, Fullerton, CA 92832-1752 |
| dft | + | Decacorn Holdings, LLC, c/o Dana Fang, Registered Agent, 2520 Venture Oaks Way Ste 120, Sacramento, CA 95833-4227 |
| dft | + | Factor In, Inc., c/o Sye Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | Final Season, Inc., 5716 Corsa Ave S. 110, Lake Village, CA 91362-7354 |
| dft | + | Frank Brown, 10620 Southern Highlands Pkwy Ste 110-18, Las Vegas, NV 89141-4371 |
| dft | + | Home Energy Solutions, Inc., c/o Rick R. Emmett, Manager, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | INVESTLINC Wealth Services, Inc., c/o West A. Cohen, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Innovative Solutions, LLC, c/o Cloud Peak Law LLC, Registert Agen, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | JNR Services, Inc., c/o Rick R. Emmett, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Jason D Williams, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | | Jason Dovalina, 128 W. Santa Fe Ave Ste C, Placentia, CA 92870-5632 |
| dft | + | Karrington, Inc., c/o Company Sage Agents LLC, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Lexicon Consulting, Inc., c/o Jamie Latshaw, 266 S Magnolia Ave Ste 202, El Cajon, CA 92020-4530 |
| dft | + | Lifesize, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | MFCR Investments, LLC, c/o Scott F. Penton Registered Agent, 1525 Clapton Dr, Deland, FL 32720-0853 |
| dft | + | MRJR20 Partners, LLC, c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Matthew Church, 708 Grandview Ave, Fullerton, CA 92832-1112 |
| dft | + | Obrik, Inc., c/o Cloud Peak Law, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Oxford Knox, LLC, c/o Richard R. Emmett, Registered Agent, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| dft | + | Rachel Dovalina, 736 Oceanview Dr, Fullerton, CA 92832-1125 |
| dft | + | Rick Emmett, 10 Point Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Rose Bianca Loli, 33741 Alcazar Dr, Dana Point, CA 92629-6403 |
| dft | + | Ryan Taylor Connet, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | + | Samson Ly, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Sean M Stephens, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Spectrum Payment Solutions, LLC, c/o Samson Ly, Registered Agent, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Syed Faisal Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | The Coelho Irrevocable Life Insurance Trust, Rick R. Emmett, Trustee, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | United Partnerships, Inc., 7300 Lennox Ave Rm J-14, Van Nuys, CA 91405-6244 |
| dft | + | Validation LLC, c/o Agent for Service of Process, Matthew Church, 17542 17th Street Ste 105, Tustin, CA 92780-7934 |
| dft | + | Validation Partners, LLC, c/o M&M RA Solutions, Registered Agent, 3001 SW 3rd Ave, Miami, FL 33129-2709 |
| dft | + | Ventura Consulting, LLC, c/o Matthew Church, Registered Agent, 708 Grandview Ave, Fullerton, CA 92832-1112 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | Jun 12 2025 00:43:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA |

Case 8:25-ap-01208-SC  Doc 22  Filed 06/13/25  Entered 06/13/25 21:17:59  Desc
Imaged Certificate of Notice  Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: pdf031 | Total Noticed: 40 |

92620

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leslie A Cohen | on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

```
 1  Christopher Celentino (State Bar No. 131688)
    Yosina M. Lissebeck (State Bar No. 201654)
 2  Christopher B. Ghio (State Bar No. 259094)
    DINSMORE & SHOHL LLP
 3  655 West Broadway, Suite 800
    San Diego, California 92101
 4  Telephone:  619.400.0500
    Facsimile: 619.400.0501
 5  christopher.celentino@dinsmore.com
    yosina.lissebeck@dinsmore.com
 6  christopher.ghio@dinsmore.com

 7  Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
    DINSMORE & SHOHL, LLP
 8  100 West Main Street, Suite 900
    Lexington, Kentucky 40507
 9  Telephone:  859-425-1046
    Facsimile:  859-425-1099
10  tyler.powell@dinsmore.com

11
    Attorneys for Richard A. Marshack,
12  Trustee of the LPG Liquidation Trust
```

**FILED & ENTERED**

**JUN 11 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| The Litigation Practice Group P.C., | Case No. 8:23-bk-10571-SC |
| Debtor(s). | Adv. Proc. No. 8:25-ap-01208-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, Plaintiff, v. Oxford Knox, LLC, et al. Defendants | **ORDER ON STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT ROSA BIANCA LOLI DISMISSING LOLI ONLY FROM THE COMPLAINT AND VACATING HEARING DATE FOR HER PENDING MOTION TO DISMISS** [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

1

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Plaintiff Richard A. Marshack, Trustee of The LPG Liquidation Trust (the "Trustee") and Defendant Rosa Bianca Loli ("Ms. Loli"), by their respective counsel of record, filed on June 10, 2025 as Dk. No. 19, and with the Court having reviewed same and finding good cause to approve the Stipulation.

IT IS HEREBY ORDERED that:

1. The Stipulation is approved for the reasons stated therein.

2. Ms. Loli will be dismissed as a party from this adversary proceeding. This dismissal is with prejudice as to any claims the Plaintiff has or may have against Ms. Loli related to Oxford Knox, LLC. Ms. Loli's dismissal from this adversary will have no impact or effect on her status as a defendant in the Other Adversaries as that term is defined in the Stipulation.

3. Ms. Loli's Motion to Dismiss is moot upon entry of this order and the hearing on the Motion to Dismiss presently scheduled for July 17, 2025 at 1:30 p.m. is VACATED.

4. The reservation of rights in the Stipulation is acknowledged.

5. The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order.

**IT IS SO ORDERED.**

####

Date: June 11, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

#61692400v1