1  YOSINA M. LISSEBECK (SBN 201654)
   Yosina.Lissebeck@dinsmore.com
2  CHRISTOPHER CELENTINO (SBN 131688)
   Christopher.Celentino@dinsmore.com
3  CHRISTOPHER B. GHIO (SBN 259094)
   Christopher.ghio@dinsmore.com
4  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
5  San Diego, California 92101
   Tel: (619) 400-0500
6  Fax: (619) 400-0501

7  Attorneys for Richard A. Marshack,
   Trustee of the LPG Liquidation Trust

8

9  **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

| | |
|---|---|
| 12 In re: | Chapter 11 |
| 13 The Litigation Practice Group P.C., | Case No. 8:23-bk-10571-SC |
| 14 Debtor. | Adv No. 8:25-ap-01208-SC |
| 15 | **NOTICE OF FILING OF OMNIBUS STATUS REPORT ON CERTAIN ADVERSARY CASES** |
| 16 Richard A. Marshack, Trustee of the LPG Liquidation Trust, | |
| 17 | Status Conference: |
| 18 Plaintiff, v. | Date:        July 17, 2025 |
| 19 Oxford Knox, LLC, a Delaware limited liability company; et al, | Time:        1:30 p.m. |
| 20 | Judge:       Hon. Scott C. Clarkson |
| 21 Defendants. | Place:       411 West Fourth Street, Santa Ana, CA 92701 |
| | Courtroom:  5C |

22

23

24  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

25  **JUDGE, THE UNITED STATES TRUSTEE AND ALL DEFENDANTS:**

26      **PLEASE TAKE NOTICE** that, on July 3, 2025, Richard A. Marshack, Plaintiff, through his

27  undersigned counsel, hereby files this Omnibus Status Report pursuant to this Court's Order Re: Early

28  ///

Meeting of Counsel, Status Conference Instructions, and General Procedures entered in each of the adversary cases identified in the Status Report attached hereto as Exhibit "A."

On March 19, 2025, the Trustee filed the above captioned adversary proceeding against the forty defendants named above. Pursuant to the issued summons, the Defendants answers were due on or before May 7, 2025.  On April 7, 2025, the Court entered an Order Scheduling a Status Conference on June 5, 2025 [Dkt. No. 5]. The Order also established meet and confer and other deadlines for counsel in advance of the Status Conference.

Golden Goodrich, LLP has stated it represents and will appear on behalf of all Defendants named above **except for** Defendants BAE, Inc., who has had a default entered against it [Dkt. No. 14] and Rose Bianca Loli, who has been dismissed as a party [Dkt. No. 20]. The Parties previously agreed to extend the time of the Oxford Knox Defendants to answer or otherwise respond to the Complaint until June 6, 2025 and to extend other deadlines in advance of a status conference scheduled for July 17, 2025 ("Order Extending Time") [Dkt. No. 12].

Plaintiff has asked the Oxford Knox Defendants to consent to the filing of a second amended complaint herein after the dismissal of certain defendants without prejudice and to correct typographical and other mistakes in the caption and the complaint itself.  No additional claims or causes of action are being added.  A separate notice of dismissal will be filed.

Based on the proposed amendment of the Complaint and to provide additional time to gather information and discuss the litigation, the Parties will enter into a stipulation to be filed with this Court, with an Order, forthwith, that will further extend the deadlines set in the Order Extending Time and continue this status conference to August 7, 2025 at 1:30 p.m.

Respectfully submitted,

Dated:  July 3, 2025                          DINSMORE & SHOHL LLP


By: /s/ Yosina M. Lissebeck
    Yosina M. Lissebeck
    Attorneys for Richard A. Marshack,
    Trustee of the LPG Liquidation Trust

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

**Omnibus Status Report**

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 10 | 8:25-ap-01121-SC Marshack v. Herret Credit Consultants, Inc. et al | 7/17/2025 – 10:00 am | 11/30/2025 | 1/30/2026 | | 5/15/2025 – Dkt. No. 22 – Herret Credit Consultants, Inc. 5/15/2025 – Dkt. No. 23 – Thomas Kyle Herrett | | All Defendants Served All Defendants Defaulted The Parties will work on obtaining a stipulated judgment, or Plaintiff will file a Motion to prove up the judgment within 60 days. |
| 11 | 8:25-ap-01130-SC Marshack, trustee of the LPG Liquidation Trust v. United Debt Consultants LLC | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/5/2025 - Dkt. No. 9 - United Debt Consultants, LLC | | All Defendants Served. 7/2/2025 – Dkt. No. 14 – Unilateral Status Report Plaintiff will file a Motion to prove the judgment within 60 days. |
| 12 | 8:25-ap-01133-SC Marshack v. Platinum Capital Consulting, LLC et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 4/21/2025 - Dkt. No. 21 - Platinum Capital Consulting, LLC d/b/a Platinum Media Marketing, LLC 4/21/2025 - Dkt. No. 22 - James See | | All Defendants Served. All Defendants Defaulted. Plaintiff will file a Motion to prove the judgment within 60 days. |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 13 | 8:25-ap-01139-SC Marshack v. EIN Capital, Inc. | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 4/29/2025 - Dkt. No. 10 - EIN Capital Inc. | | Defendant Served.<br><br>Plaintiff will file a Motion to prove the judgment within 60 days. |
| 14 | 8:25-ap-01144-SC Marshack v. Point 69, LLC et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/9/2025 - Dkt. No. 13 - Point 69, LLC | | All Defendants Served.<br><br>7/2/2025 – Dkt. No. 21 – Notice of Dismissal Against Lorium PLLC filed<br><br>Plaintiff will file a Motion to prove the judgment within 60 days against Point 69, LLC. |
| 15 | 8:25-ap-01145-SC Marshack v. Tux, LLC et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/9/2025 - Dkt. No. 10 - Thomas Bryant<br><br>5/13/2025 – Dkt. No. 12 | | All Defendants Served.<br><br>All Defendants Defaulted.<br><br>Plaintiff will file a Motion to prove the judgment within 60 days |
| 16 | 8:25-ap-01147-SC Marshack v. Bois et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | 6/7/2025 – Dkt. No. 25 - 2030 Ventures, Inc., Joshua Michael Bois | | | All Defendants Served.<br><br>7/3/2025 – Dkt. No. 26 – Joint Status Report<br><br>6/11/2023 – Dkt. No. 23 - Order On Stipulation To Vacate Default Against All Defendants |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 17 | 8:25-ap-01173-SC Marshack v. Integrity Docs, LLC et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | 6/17/2025 – Dkt. No. 21 - Integrity Docs, LLC, Richard Nodelman | | | All Defendants Served.<br><br>7/3/2025 – Dkt. No. 22 – Joint Status Report<br><br>6/9/2025 – Dkt. No. 17 - Order Approving Stipulation To Set Aside Default And Reset Matter For Status Conference Hearing - Richard Nodelman<br><br>6/9/2025 – Dkt. No. 18 - Order Approving Stipulation To Set Aside Default And Reset Matter For Status Conference Hearing - Integrity Docs, LLC |
| 18 | 8:25-ap-01174-SC Marshack v. The Debt Relief Group LLC | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/15/2026 – Dkt. No. 12 – Defautl against The Debt Relief Group LLC | | All Defendants Served.<br><br>All Defendants Defaulted.<br><br>7/3/2025 – dkt. No. 15 – Unilateral Status report<br><br>Plaintiff will file a Motion to prove the judgment within 60 days. |
| 19 | 8:25-ap-01177-SC Marshack v. | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/15/2025 – Dkt. No. 9 – Default against Quantum One Holdings, LLC | | All Defendants Served.<br><br>All Defendants Defaults |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | Quantum One Holdings, LLC | | | | | | | The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |
| 20 | 8:25-ap-01178-SC Marshack v. Intermarketing Media, LLC et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/15/2025 – Dkt. No. 11 – Default Against Intermarketing Media, LLC  5/15/2025 – Dkt. No. 12 – Default against Jason Kriezk | | All Defendants Served.  All Defendants Defaults  The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |
| 21 | 8:25-ap-01180-SC Marshack v. WCMD Services, Inc. et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | 626/205 – Dkt. No. 15 – Answer - WCMD Services, Inc., Caleb Wickman. | | | All Defendants Served.  7/3/2025 – Dkt. No. 20 – Joint Status Report |
| 22 | 8:25-ap-01184-SC Marshack v. July 5th, LLC | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/16/2025 – Dkt. No. – Default against July 5th LLC | | All Defendants Served.  All Defendants defaulted.  The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 23 | 8:25-ap-01196-SC Marshack v. White Collar Group, Inc. et al | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/16-2025 – Dkt. No. 9 – Default against White Collar Group Inc.<br><br>5/16-2025 – Dkt. No. 10 – Default against Michael Barrios | | All Defendants Served<br><br>The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |
| 24 | 8:25-ap-01204-SC Marshack v. Quiroz | 7/17/2025 – 10:00 | 11/30/2025 | 1/30/2026 | | 5/15/2025 – Dkt. No. 7 – Default against Edward J. Quirozz III | | All Defendants Served<br><br>The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |
| 25 | 8:25-ap-01206-SC Marshack v. Apate Safeeguard LLC et al | 7/17/2025 – 10:00 | 9/30/2025 | 11/28/2025 | | 5/16/2025 – Dkt. No. – 9 - Default against Apate Safeeguard LLC<br><br>5/16/2025 – Dkt. No. –10 - Default against Arthur Ramirez | | All Defendants Served.<br><br>The Trustee intends to move for entry of Default Judgment in light of the non-appearance and default of Defendant in this adversary within the next 60 days. |
| 30 | 8:25-ap-01015-SC Marshack v. Reliance Assistance | 7/17/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 5/9/2025 - Dkt. No. 10 - Yuriy Drahuntsov, Reliance | | | All Defendants Served<br><br>7/1/2025 – Dkt. No. 17 – Joint Status Report filed |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | Group, Inc. et al | | | | Assistance Group, Inc. | | | |
| 33 Should be VACATED per Order Dkt. No. 30 | 8:25-ap-01122-SC Marshack v. Dal Bello et al | 9/11/2025 – 1:30 | 11/30/2025 | 1/30/2026 | Extended to 5/5/2025 | 5/22/2025 – Dkt. No. 26 – Default against Trey Barnhart | | All Defendants Served<br><br>7/2/2005 – Dkt. No. 30  Order on Stipulation to Continue Status Conference<br><br>Plaintiff has been discussing settlement with the other defendants. |
| 34 Should be VACATED per Order Dkt. No. 17 | 8:25-ap-01123-SC Marshack v. All Service Financial, L.L.C. et al | 8/28/2025 – 1:30 | 11/30/2025 | 1/30/2026 | Extended to 4/21/2025 | | | All Defendants Served<br><br>7/2/2025 - Dkt. No. 17 – Order Granting Stipulation to Continue Status Conference<br><br>The parties have settled this matter, but are still working on the terms of the settlement. Plaintiff believes that this will be done in short order, or will request that this matter be reinstated to the Court's active litigation calendar. |
| 35 | 8:25-ap-01136-SC Marshack v. Summit Marketing Solutions, Inc. et al | 7/17/2025 – 1:30 | 11/30/2025 | 1/30/2026 | | 4/22/2025 - Dkt. No. 13 - Summit Marketing Solutions, Inc. | | All Defendants Served.<br><br>Plaintiff will file a Motion to prove the judgment within 60 days. |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 36 Should be VACATED per Order Dkt. No. 14 | 8:25-ap-01146-SC Marshack v. Make it Ring Marketing, LLC et al | 8/7/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 4/17/2025 | 617/2025 – Dkt. No. 23 – Arthur Henderson | | All Defendants Served.  6/30/2025 – Dkt. No. 14 - Order Approving Stipulation To Continue Status Conference  7/2/2025 – Dkt. No. 15 – Joint Status Report |
| 37 Should be VACATED Per Order Dkt. No. 96 | 8:25-ap-01155-SC Marshack v. GSS Equity, LLC et al | 8/7/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 6/16/2025 – Dkt. No. 30 – Answer – Bridge Funding Cap, LLC | 5/1/2025 - Dkt. No. 9 - GSS Equity, LLC dba Green Fund NY  5/1/2025 - Dkt. No. 10 - Bridge Funding Cap, LLC d/b/a Fundura Capital – Set Aside per 6/10/2025 – dkt. No. 27 - Order  5/12/2025 - dkt. No. 14 - Ace Funding Source, LLC | 5/12/2025 - Dkt. No. 13 - Motion to Dismiss Adversary Proceeding by Defendant Berkovitch & Bouskila, PLLC  6/24/2025 – Dkt. No. 32 – **denied** | All Defendants Served.  6/30/2025 - Dkt. No. 36 - Order On Joint Stipulation Between Plaintiff Richard A. Marshack, Trustee Of The LPG Liquidation Trust And Defendants Ace Funding Source, LLC, Berkovitch & Bouskila, PLLC, And Bridge Funding Cap, LLC For Extension Of Deadlines And To Continue/Reschedule Status Conference. |
| 38 | 8:25-ap-01156-SC Marshack v. Guardian | 7/17/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 4/23/2025 - Dkt. No. 17 - *Subject to Touzi Defendants'* | | 6/6/2025 - Dkt. No. 36 - Motion to Dismiss Adversary Proceeding Filed by Defendants | All Defendants Served.  Complaint may be amended pursuant to the Motion to dismiss set for hearing |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | Processing, LLC et al | | | | *Motion to Dismiss* Filed by **Eng Taking** <br><br> 4/23/2025 - Dkt. No. 18 - Subject to Touzi Defendants' Motion to Dismiss Filed by **Touzi Capital, LLC** <br><br> 4/23/2025 - Dkt. No. 19 - Subject to Touzi Defendants' Motion to Dismiss Filed by **PECC Corp** | | PECC Corp., Eng Taing, Touzi Capital, LLC <br><br> **Hearing set 7/17/2025 – 1:30** | brought by Co-Defendants and will ensure that the Defaults will capture all allegations of the amended, if any. <br><br> If the Motion to Dismiss is denied, applicable defaults will be filed within 5 days of entry of the order. <br><br> 7/2/2025 – Dkt. No. 54 – Status Report between Plaintiff and Defendants Eng Taing, Touzi Capital, LLC, Pecc Corp, and Jim Chhor |
| 40 | 8:25-ap-01158-SC Marshack v. Clegg et al | 7/17/2025 – 1:30 | 11/30/2025 | 1/30/2026 | Extended to 6/30/2025 | | 7/2/2025 – Dkt. No. 19 - Motion To Consolidate 8:24-ap-01149-SC and 8:25-ap-01158-SC) <br><br> Hearing - 7/30/2025 - 11:00 | All Defendants Served. <br><br> 5/20/2025 - Dkt. No. 16 - Order Approving Joint Stipulation To Extend Defendants' Time To Answer The Complaint <br><br> 7/2/2025 – Dkt. No. 20 – Unilateral Status Report <br><br> ). Plaintiff requests that this current status conference be |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 41 | 8:25-ap-01159-SC Marshack v. Affirma, LLC | 7/17/2025 - 1:30 | | | 6.4.2025 – Dkt. No. 16 – Affirma, LLC | | | continued to August 28, 2025 at 1:30 p.m. to allow for the consolidation and mediation to take place.<br><br>All Defendants Served.<br><br>7/1/2025 – Dkt. No. 18 – Joint Status Report |
| 42 Should be VACATED per Dkt. No. 17 | 8:25-ap-01160-SC Marshack v. Byon | 7/17/2025 - 1:30 | 9/30/2025 | 11/28/2025 | 5.30/2025 – Dkt. No. 14 – Joe Byron | | | All Defendants Served.<br><br>7/3/2025 – Dkt. No. 17 – Order on Stipulation to Continue Status Conference |
| 43 Should be VACATED per Order Dkt. No. 17 | 8:25-ap-01162-SC Marshack v. Olsen et al | 7/17/2025 - 1:30 | 9/30/2025 | 11/28/2025 | 5/29/2025 – Dkt. No. 14 - Brian Olsen, Olsenite, LLC | | | All Defendants Served.<br><br>7/3/2025 – Dkt. No. 17 – Order on Stipulation to Continue Status Conference |
| 44 | 8:25-ap-01170-SC Marshack v. Bonus Financial LLC et al | 7/17/2025 - 1:30 | 11/30/2025 | 1/30/2026 | 5/23/2025 – Answer by Bonus Financial LLC<br><br>5/23/2025 – Dkt. No. 17 – answer by | | | All Defendants Served.<br><br>The Parties have reached a settlement of the Trustee's claims in this adversary which would resolve all pending claims in this adversary. |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | | Jordan Miranti | | | The Trustee respectfully requests this Court vacate the July 17, 2025 status conference and retain jurisdiction over this matter to effectuate the settlement of the Parties. |
| 45 Should be VACATED per Order Dkt. No. 16 | 8:25-ap-01175-SC Marshack v. Oha Management, LLC et al | 9/4/2025 - 1:30 | 11/30/2025 | 1/30/2026 | 5/7/2025 - Dkt. No. 7 - Oha Management, LLC | | | All Defendants Served. 7/1/2025 – Dkt. No. 16 - Order (1) Vacating Hearing, (2) Granting Motion To Dismiss With Leave To Amend And (3) Continuing Status Conference – L/D to File Amended Complaint 7/22/2025 |
| 47 Should be VACATED per Order Dkt. No. 17 | 8:25-ap-01187-SC Marshack v. Lavin Fence, Inc. et al | 10/23/2025 - 1:30 | 11/30/2025 | 1/30/2026 | 6/2/25 – Dkt. No. 14 - Nate Lavin, Lavin Fence, Inc. | | | All Defendants Served. 7/3/2025 – Dkt. No. 17 – Order on Stipulation to Continue Status Conference |
| 48 Should be VACATED per | 8:25-ap-01188-SC Marshack v. Help Your Home | 10/23/2025 – 1:30 | 9/30/2025 | 11/28/2025 | 5/30/2025 – Dkt. No. 14 - Help Your Home Network, Inc., | | | All Defendants Served. 7/3/2025 – Dkt. No. 17 – Order on Stipulation to Continue Status Conference |

| Court Hearing # Order Dkt. No. 17 | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | Network, Inc. et al | | | | Rachel Magana | | | |
| 49 | 8:25-ap-01189-SC Marshack v. Key Capital Holdings, LLC et al | 7/17/2025 - 1:30 | 11/30/2025 | 1/30/2026 | 5/14/2025 - Dkt. No. 7 - Veronica Palterovich

6/11/2025 – Dkt. No. 13 – Ricardo Frignole

6/27/2025 – Dkt. No. 14 – Carl Pope | | | The Parties further conferred and entered into a new Joint Status Report. However, having discovered the identity of two defendants sued with a fictitious name, and the dba of Defendant Ricardo Brignole, Plaintiff has prepared a First Amended Complaint and will seek to issue a new summons to add two newly identified defendants. Counsel for Defendant Palterovich has reviewed the draft First Amended Complaint and has agreed to enter into a joint stipulation for leave to file the First Amended Complaint. Should Carl Pope and/or Ricardo Brignole decline to stipulated to the same, Plaintiff's counsel will file a motion seeking leave to file the First Amended Complaint. Furthermore, Plaintiff and Defendant Palterovich plan to file a stipulation to continue the status conference date and all related dates due to the Amended Complaint. |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 50 Should be VACATED per Order Dkt. Nos. 12 and 22 | 8:25-ap-01190-SC Marshack v. Reiss et al | 8/7/2025 - 1:30 | 11/30/2025 | 1/30/2026 | Extended for 9 months per Order No. 12 | | | All Defendants Served. 5/13/2025 - Dkt. No. 12 - Order Approving Stipulation To Continue Deadlines. IT IS ORDERED: 1. The Deadline For MCA Fund ADV Inc. To File And Serve Any Response To Plaintiff's Complaint Shall Be Continued From May 12, 2025 To 30 Days Following The Service Of All Other Named Defendants In This Case. 2. The May 30, 2025 STATUS CONFERENCE For MCA Shall Be CONTINUED TO AUGUST 7, 2025 AT 1:30 P.M., With A Status Report Is Due 14 Days In Advance 5/13/2025 – Dkt. No. 22 - Order Approving Stipulation To Continue Deadlines. IT IS ORDERED: 1. The Deadline For MCA Fund ADV Inc. To File And Serve Any Response To Plaintiff's Complaint Shall Be Continued From May 12, 2025 To 30 Days Following The Service Of All Other Named Defendants In This Case. 2. The May 30, 2025 STATUS CONFERENCE For MCA Shall |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| 52 | 8:25-ap-01205-SC Marshack v. Spot On Consulting, Inc. et al | 7/17/2025 - 1:30 | 11/30/2025 | 1/30/2026 | 5/30/2025 – Dkt. No. 14 - Rachel Elgas, Eric Martinson, Jesse Martinson, Spot On Consulting, Inc. | | | Be CONTINUED TO AUGUST 7, 2025 AT 1:30 P.M., All Defendants Served. 7/1/2025 – Dkt. No. 16 – Joint Status Report |
| 55 | 8:25-ap-01208-SC Marshack v. Oxford Knox, LLC et al | 7/17/2025 - 1:30 pm | 11/30/2025 | 1/30/2026 | Extended to 6/6/2025 | 5/20/2025 – dkt. No. 14 – Default Against BAE Enterprises, Inc. | 5/7/2025 - Dkt. No. 9 - Motion to Dismiss Adversary Proceeding And Notice Thereof Filed by Defendant Rose Bianca Loli | All Defendants Served. Amended Complaint filed 3/19/2025 6/11/2025 – Dkt. No. 20 - Order On Stipulation Between Plaintiff Richard A. Marshack, Trustee Of The LPG Liquidation Trust, And Defendant Rosa Bianca Loli Dismissing Loli Only From The Complaint And Vacating Hearing Date For Her Pending Motion To Dismiss Plaintiff has asked the Oxford Knox Defendants to consent to the filing of a second amended complaint herein after the dismissal of certain defendants without prejudice and to correct typographical |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | and other mistakes in the caption and the complaint itself. No additional claims or causes of action are being added. A separate notice of dismissal will be filed. Based on the proposed amendment of the Complaint and to provide additional time to gather information and discuss the litigation, the Parties will enter into a stipulation to be filed with this Court, with an Order, forthwith, that will further extend the deadlines set in the Order Extending Time and continue this status conference to August 7, 2025 at 1:30 p.m. |
| 57 | 8:25-ap-01212-SC Marshack v. Pace Construction, Inc. et al | 7/17/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 6/3/2025 – Dkt. No. 14 - A Solution Debt Relief, Inc., Jason Davolina, JNR Services, Inc., JR Bray Group, LLC, Lifestar Products, Inc., Caeser Mercado, Pace | | | All Defendants have been served.  7/1/2025 – Dkt. No. 16 – Joint Status Report |

| Court Hearing # | Case | Stat. Conf. | Discovery Cutoff | Motion Cutoff | Answer Filed | Default Entered | Pending Motions | Status/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | | Construction, Inc., Rose Romo | | | |
| 58 Should be VACATED per Order Dkt. No. 17 | 8:25-ap-01213-SC Marshack v. Legacy Financial Strategies & Insurance Services, | 10/23/2025 – 1:30 | 11/30/2025 | 1/30/2026 | 6/2/2025 – Dkt. No. 14 - Legacy Financial Strategies & Insurance Services, Inc., Salvador Robles. | | | All Defendants have been served.<br><br>7/3/2025 – Dkt. No. 17 – Order on Stipulation to Continue Status Conference |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **NOTICE OF FILING OF OMNIBUS  STATUS REPORT ON CERTAIN ADVERSARY CASES**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 3, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On July 3, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☒      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 3, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 3, 2025 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                **F 9013-3.1.PROOF.SERVICE**

1.      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Leslie A Cohen on behalf of Defendant Rose Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

2.      **SERVED BY UNITED STATES MAIL**:

A Solution Debt Relief, Inc.
c/o Cloud Peak Law LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

AZLS Enterprises Inc.
c/o Hee S. Noh, Registered Agent
9 Traditional Pl
Irvine, CA 92602

Albright, Inc.
c/o William J. Albright, Registered Agen
701 Esta Dr #263
Punta Gorda, FL 33951

BEW Solar Management, LLC
c/o Sean M. Stephens, Manager
2560 N. Synergy Ave
Eagle, ID 83616

Bae Enterprises, Inc.
Cloud Peak Law, LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

Frank Brown
10620 Southern Highlands Pkwy Ste 110-18
Las Vegas, NV 89141

Buffalo 21 Partners, Inc.
c/o Richard R. Emmett
1309 Coffeen Ave Ste 1200
Sheridan, WY 82801

C.A.T. Exteriors, Inc.
c/o Rick R. Emmett, Registered Agent
10 Pointe Dr Ste 150
Brea, CA 92821

Matthew Church

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F 9013-3.1.PROOF.SERVICE**

708 Grandview Ave
Fullerton, CA 92832

Ryan Taylor Connet
4155 E. La Palma Ave
Anaheim, CA 92807

Decacorn Holdings, LLC
c/o Dana Fang, Registered Agent
2520 Venture Oaks Way Ste 120
Sacramento, CA 95833

Jason Dovalina
128 W. Santa Fe Ave Ste C
Placentia, CA 92870-5632

Rachel Dovalina
736 Oceanview Dr
Fullerton, CA 92832

Rick Emmett
10 Point Dr Ste 150
Brea, CA 92821

Factor In, Inc.
c/o Sye Gilani
7651 Greenock Way
Riverside, CA 92508

Final Season, Inc.
5716 Corsa Ave S. 110
Lake Village, CA 91362

Syed Faisal Gilani
7651 Greenock Way
Riverside, CA 92508

Home Energy Solutions, Inc.
c/o Rick R. Emmett, Manager
300 S Harbor Blvd Ste 1000
Anaheim, CA 92805

INVESTLINC Wealth Services, Inc.
c/o West A. Cohen, Registered Agent
10 Pointe Dr Ste 150
Brea, CA 92821

Innovative Solutions, LLC
c/o Cloud Peak Law LLC, Registert Agen
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

JNR Services, Inc.
c/o Rick R. Emmett
10 Pointe Dr Ste 150

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

Brea, CA 92821

Karrington, Inc.
c/o Company Sage Agents LLC
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

Daniel Lansdale
515 W Commonwealth Ave Ste 211
Fullerton, CA 92832

Lexicon Consulting, Inc.
c/o Jamie Latshaw
266 S Magnolia Ave Ste 202
El Cajon, CA 92020

Lifesize, Inc.
c/o Cloud Peak Law LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

Samson Ly
208 S. Moore Ave Apt D
Monterey Park, CA 91754

MFCR Investments, LLC
c/o Scott F. Penton Registered Agent
1525 Clapton Dr
Deland, FL 32720

MRJR20 Partners, LLC
c/o Rick R. Emmett, Registered Agent
10 Pointe Dr Ste 150
Brea, CA 92821

Obrik, Inc.
c/o Cloud Peak Law, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

Oxford Knox, LLC
c/o Richard R. Emmett, Registered Agent
251 Little Falls Dr
Wilmington, DE 19808

Spectrum Payment Solutions, LLC
c/o Samson Ly, Registered Agent
208 S. Moore Ave Apt D
Monterey Park, CA 91754

Sean M Stephens
2560 N. Synergy Ave
Eagle, ID 83616

The Coelho Irrevocable Life Insurance Trust

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-.1.PROOF.SERVICE**

Rick R. Emmett, Trustee
300 S Harbor Blvd Ste 1000
Anaheim, CA 92805

United Partnerships, Inc.
7300 Lennox Ave Rm J-14
Van Nuys, CA 91405

Validation LLC
c/o Agent for Service of Process
Matthew Church
17542 17th Street Ste 105
Tustin, CA 92780

Validation Partners, LLC
c/o M&M RA Solutions, Registered Agent
3001 SW 3rd Ave
Miami, FL 33129

Ventura Consulting, LLC
c/o Matthew Church, Registered Agent
708 Grandview Ave
Fullerton, CA 92832

Jason D Williams
4155 E. La Palma Ave
Anaheim, CA 9280

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-.1.PROOF.SERVICE**