| | |
|---|---|
| 1 | Christopher Celentino (State Bar No. 131688) |
| 2 | Yosina M. Lissebeck (State Bar No. 201654) |
|   | **DINSMORE & SHOHL LLP** |
| 3 | 655 West Broadway, Suite 800 |
|   | San Diego, CA 92101 |
| 4 | Telephone: 619.400.0500 |
|   | Facsimile: 619.400.0501 |
| 5 | christopher.celentino@dinsmore.com |
|   | yosina.lissebeck@dinsmore.com |

FILED & ENTERED

AUG 08 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1046
Facsimile: 859-425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| The Litigation Practice Group P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | Adv No. 8:25-ap-01208-SC |
| | **ORDER ON STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND CERTAIN DEFENDANTS: (I) ALLOWING AMENDMENT OF COMPLAINT; (II) DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE; (III) EXTENDING REMAINING DEFENDANTS' TIME TO ANSWER AND OTHER DEADLINES; AND (IV) RESCHEDULING STATUS CONFERENCE FROM AUGUST 21, 2025 TO SEPTEMBER 16, 2025** |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, | |
| Plaintiff, | |
| v. | |
| Oxford Knox, LLC, *et. al.*, | |
| Defendants. | |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Trustee") and the GG Parties as that term is defined in the Stipulation, by their respective counsel of record, filed on August 7, 2025, as Dk. 24, and with the Court having reviewed the Stipulation between the Parties and finding good cause to approve same.

1

IT IS HEREBY ORDERED that:

1. The Stipulation is approved for the reasons stated therein.

2. Following entry of this Order, Plaintiff is authorized to file a Notice of Dismissal Without Prejudice of of Rick Emmett, Ryan Taylor Connet, Obrick, Inc., Albright, Inc., Final Season, Inc., Factor In, Inc., Sean Stephens, Decacorn Holdings, Inc., Daniel Lansdale, Innovative Solutions, LLC, MFCR Investments, LLC, MRJR20 Partners, LLC, Lifesize, Inc., Karrington, Inc., Jason D. Williams, The Coelho Irrevocable Life Insurance Trust, and A Solution Debt Relief, Inc.

3. Plaintiff is directed to file his Second Amended Complaint within three (3) business days of the entry of this order. When Plaintiff files his Second Amended Complaint, he is authorized to change the caption to reflect the previous dismissal of defendants so those parties will no longer be identified as a defendant herein.

4. The GG Parties identified as Defendants in the Second Amended Complaint have agreed and shall both accept service of process of the Second Amended Complaint through their counsel and file an answer or other responsive pleading to the Second Amended Complaint on or before August 18, 2025.

5. The status conference currently set for 1:30 p.m. on August 21, 2025 is rescheduled to a status conference at 11:00 a.m. on September 18, 2025. A status report will be filed in accordance with the local rules and the Parties will hold a timely Rule 26(f) meeting.

6. The reservation of rights in the Stipulation is acknowledged.

7. The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order.

**IT IS SO ORDERED.**

Date: August 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

#62924694v1