Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Lexicon Consulting, LLC, a Colorado limited liability company; United Partnerships, LLC, a Florida limited liability company; Ventura Consulting, LLC, a Nevada limited liability company; Matthew Church, individually; Frank Brown, individually; | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br>Adv. No: 8:25-ap-01208-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041**<br><br>Status Conference:<br>Date:   September 16, 2025<br>Time:  1:30 p.m.<br>Dept:   5C<br><br>Honorable Scott C. Clarkson |

Validation, LLC, a terminated California limited liability company; Spectrum Payment Solutions, LLC, a California limited liability company; Home Energy Solutions, Inc., a California corporation; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; and INVESTLINC Wealth Services, Inc., a California corporation.

Defendants.

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, TO THE UNITED STATES TRUSTEE AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to this Court's Order of August 8, 2025 [Dkt. No. 25], Richard A. Marshack, solely in his capacity as Trustee of the LPG Liquidation Trust files this notice of voluntary dismissal of Defendants Rick Emmett; Ryan Taylor Connet; Obrick, Inc.; Albright, Inc.; Final Season, Inc.; Factor In, Inc.; Sean Stephens; Decacorn Holdings, Inc.; Daniel Lansdale: Innovative Solutions, LLC; MFCR Investments, LLC; MRJR20 Partners, LLC; Lifesize, Inc.; Karrington, Inc.; Jason D. Williams; The Coelho Irrevocable Life Insurance Trust, and A Solution Debt Relief, Inc. (collectively "Dismissed Defendants") without prejudice from this adversary proceeding, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041) with each party to bear their own fees, expenses, and costs related to all matters herein and related to the Bankruptcy Case.

Pursuant to Rule 41(a)(1)(A)(i), no stipulation or order is necessary for this dismissal to be effective as none of the Dismissed Defendants have filed a responsive pleading.

The status conference currently set for September 16, 2025 at 1:30 p.m. will remain scheduled for the remaining Defendants and Plaintiff.

DATED: August 13, 2025                    DINSMORE & SHOHL LLP

                                                      By: /s/ Tyler Powell
                                                      Tyler Powell [pro hac vice]
                                                      Attorneys for Trustee of the LPG
                                                      Liquidation Trust Richard A. Marshack

2

#63548259v1

Case 8:25-ap-01208-SC    Doc 29    Filed 08/13/25    Entered 08/13/25 15:54:10    Desc
Main Document    Page 3 of 4

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is **655 W. Broadway, Suite 800, San Diego, California 92101.**

True and correct copies of the **NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041** will be served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen -** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; bryn@lesliecohenlaw.com
- **Yosina M Lissebeck -** yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com
- **Richard A Marshack (TR) -** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell -** tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com; wendy.yones@dinsmore.com
- **United States Trustee (SA) -** ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **August 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Ronald Reagan Federal Building & Courthouse<br>411 West Fourth Street, Suite 5130/Room 5C<br>Santa Ana, CA 92701-4593 | Bae Enterprises, Inc.<br>Attn: Cloud Peak Law LLC, Registered Agent<br>1095 Sugarview Drive, Suite 500<br>Sheridan, WY 82801 |

**3. BY ELECTRONIC MAIL:** On **August 13, 2025**, I caused such documents described herein to be sent to the person(s) at the e-mail addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

David M. Goodrich, Esq. - dgoodrich@go2.law
Jeffrey I. Golden, Esq. - jgolden@go2.law
Anerio Altman, Esq. - aaltman@go2.law

3

#63548259v1

4. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2025 | Wendy A. Yones | */s/ Wendy A. Yones* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#63548259v1