Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br>———————————————<br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Lexicon Consulting, LLC, a Colorado limited liability company; United Partnerships, LLC, a Florida limited liability company; Ventura Consulting, LLC, a Nevada limited liability company; Matthew Church, | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br>Adv. No: 8:25-ap-01208-SC<br><br>***NOTICE OF ERRATA* TO NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041 (DKT. 29)**<br><br>Status Conference:<br>Date:   September 18, 2025<br>Time:  11:00 p.m.<br>Dept: 5C<br><br>Honorable Scott C. Clarkson |

1

individually; Frank Brown, individually; Validation, LLC, a terminated California limited liability company; Spectrum Payment Solutions, LLC, a California limited liability company; Home Energy Solutions, Inc., a California corporation; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; and INVESTLINC Wealth Services, Inc., a California corporation.

                                  Defendants.

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, ALL DEFENDANTS AND INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Trustee" or "Plaintiff"), hereby submits this Notice of Errata to his Notice of Voluntary Dismissal of Certain Defendants without Prejudice pursuant to Federal Rule of Civil Procedure 41 made applicable herein by Federal Rule of Bankruptcy Procedure 7041, filed on August 13, 2025, as Docket No. 29 (the "Notice").

The Notice inadvertently indicated the date of the next status conference as September 16, 2025 at 1:30 p.m. instead of September 18, 2025 at 11:00 a.m.

Please take notice that there are no other change/revisions to the Notice.

Dated: August 15, 2025

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Tyler Powell
    Yosina M. Lissebeck
    Tyler Powell (Admitted pro hac vice)
Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

2

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is **655 W. Broadway, Suite 800, San Diego, California 92101.**

True and correct copies of the ***NOTICE OF ERRATA*** **TO NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041 (DKT. 29)** will be served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 15, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen** - leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; bryn@lesliecohenlaw.com
- **Yosina M Lissebeck** - yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com
- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell** - tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com; wendy.yones@dinsmore.com
- **United States Trustee (SA)** - ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: On **August 15, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130/Room 5C
Santa Ana, CA 92701-4593

Bae Enterprises, Inc.
Attn: Cloud Peak Law LLC, Registered Agent
1095 Sugarview Drive, Suite 500
Sheridan, WY 82801

3. **BY ELECTRONIC MAIL:** On **August 15, 2025**, I caused such documents described herein to be sent to the person(s) at the e-mail addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

David M. Goodrich, Esq. - dgoodrich@go2.law
Jeffrey I. Golden, Esq. - jgolden@go2.law
Anerio Altman, Esq. - aaltman@go2.law

4. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 15, 2025 | Wendy A.Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |