**GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Anerio V. Altman, State Bar No. 228445
aaltman@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone: 714.966-1000
Facsimile: 714.966-1002

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br>_____<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, a Delaware limited liability company; Buffalo 21 Partners, Inc., a Wyoming corporation; Jason Dovalina, individually; Rachel Dovalina, individually; Syed Faisal Gilani aka Sye Gilani, individually; BAE Enterprises, Inc., a Wyoming corporation; Samson Ly, individually; BEW Solar Management, LLC, a California limited liability company; Lexicon Consulting, LLC, a Colorado Limited Liability Company; United Partnerships, LLC, a Florida Limited Liability Company; Ventura Consulting, LLC, a Nevada limited liability company; Matthew Church, individually; Frank Brown, individually; Validation, LLC, a terminated California limited liability company; Spectrum Payment Solutions, LLC, a California limited liability company; Home Energy Solutions, Inc., a California corporation; JNR Services, Inc., a California corporation; C.A.T. Exteriors, Inc., an Arizona corporation; AZLS Enterprises, Inc, a California corporation; and INVESTLINC Wealth Services, Inc., a California corporation,<br>                  Defendants. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv No. 8:25-ap-01208-SC<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO CERTAIN DEFENDANTS FOR FAILURE TO CORRECTLY NAME DEFENDANTS**<br><br>**F.R.B.P. 7012(b)(5)**<br>**F.R.B.P. 7012(b)(6)**<br><br><br>**JUDGE**<br>Hon. Scott Clarkson<br><br>**Hearing:**<br>DATE:       October 23, 2025<br>TIME:        10:00 a.m.<br>PLACE:     Courtroom 5C/Via ZoomGov<br>                   411 West Fourth Street<br>                   Santa Ana, CA 92701 |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, PLAINTIFF AND HIS COUNSEL, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on October 23, 2025, at 10:00 a.m., in Courtroom 5C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701, newly added defendants Lexicon Consulting, LLC, a Colorado limited liability company ("Lexicon"), United Partnerships, LLC, a Florida limited liability company ("U.P."), and Ventura Consulting, LLC, a Nevada limited liability company ("Ventura and with Lexicon and U.P., "Defendants"), will and hereby do move (dkt. 34, "Motion") the Court for an order dismissing the Second Amended Complaint filed August 13, 2025 as Docket #30 ("SAC") by Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and the claims asserted therein, pursuant to Federal Rule of Bankruptcy Procedure 7012(b)(6) for failure to state a claim upon which relief can be granted.  The Motion was previously noticed for October 1, 2025, at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the Motion, you need take no further action.  If you object to the Motion, pursuant to Rule 9013-1 of the Local Bankruptcy Rules, any opposition must be filed with the Court no later than fourteen (14) days prior to the hearing on the Motion and must be served upon counsel for Defendants and the Office of the United States Trustee.  Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the Motion without further notice.

The Motion is on file at the Bankruptcy Court.  A complete copy of the Motion will be provided to any party in interest by contacting David M. Goodrich by e-mail at dgoodrich@go2.law or by telephone at (714) 966-1000.

**PLEASE TAKE FURTHER NOTICE** that Judge Clarkson will conduct the hearing remotely using ZoomGov.  ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online

at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

Dated: August 20, 2025                              GOLDEN GOODRICH LLP

                                                    By:  /s/ David M. Goodrich
                                                         David M. Goodrich
                                                         Anerio V. Altman
                                                         Attorneys for Defendants

4935-7182-3457.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO CERTAIN DEFENDANTS FOR FAILURE TO CORRECTLY NAME DEFENDANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **August 20, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Tyler Powell    tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 20, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 W. 4th St., Ste 5130/Ctrm 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2025 | David M. Fitzgerald | /s/ David M. Fitzgerald |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

0.0