Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br><br>───────────────────<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, et al.,<br><br>Defendants. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. Proc. No. 8:25-ap-01208-SC<br><br>**STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND OXFORD KNOX DEFENDANTS FOR CONTINUANCE OF STATUS CONFERENCE** |
| --- | --- |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Plaintiff Richard A. Marshack, the Trustee of the Liquidating Trust ("Trustee" and/or "Plaintiff") for the bankruptcy estate ("Estate") of The Litigation Practice Group PC ("Debtor" or "LPG"), and the Oxford Knox Defendants,[1] as identified herein, by and through their respective counsel (collectively the "Parties"), pursuant to LBR 7016-1(a)(5) with regard to the following.

## RECITALS

A.     On or about March 19, 2025, the Trustee filed the above captioned adversary proceeding against the Oxford Knox Defendants.

B.     The Parties filed their first Joint Status Report proposing pre-trial dates on September 4, 2025. [Dkt. No. 41.]

C.     The Parties filed their second Joint Status Report proposing pre-trial dates on March 5, 2026. [Dkt. No. 49.]

D.     The Court has not yet set pre-trial deadlines, but it mostly recently continued the status conference to June 18, 2026.

E.     On or about March 18, 2026, Plaintiff served Requests for Production of Documents, Requests for Admission, and Interrogatories ("Discovery Requests") on the majority of the Oxford Knox Defendants.

F.     On June 2, 2026, one of the Oxford Knox Defendants delivered their responses to the Discovery Requests pursuant an agreement between the parties that two Oxford Knox Defendants would provide Answers to the Discovery Requests each week until complete.

G.     As the Oxford Knox Defendants have started responding to the Discovery Requests, their responses should provide the Parties with greater insight as to how this case should proceed.

WHEREFORE, the Parties stipulate, agree and request that the Court enter an Order as follows:

---

[1] Oxford Knox, LLC; Buffalo 21 Partners, Inc.; Jason Dovalina; Rachel Dovalina; Syed Faisal Gilani aka Sye Gilani; Samson Ly; BEW Solar Management, LLC; Lexicon Consulting, LLC; United Partnerships, LLC; Ventura Consulting, LLC; Matthew Church; Frank Brown; Validation, LLC; Spectrum Payment Solutions, LLC; Home Energy Solutions, Inc.; JNR Services, Inc.; C.A.T. Exteriors, Inc.; AZLS Enterprises, Inc.; and INVESTLINC Wealth Services, Inc.

2

#69516731v2

1. The Status Conference currently set for June 18, 2026 will be rescheduled for July 15, 2026 at 11:00 a.m., or such other date as the Court deems appropriate.

2. Except as set forth herein, the Parties reserve all rights and claims against the other.

3. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: June 3, 2026

DINSMORE & SHOHL LLP

By: /s/ Tyler Powell
    Yosina M. Lissebeck
    Tyler Powell (pro hac vice)
*Attorneys for Plaintiff Richard A. Marshack,
Trustee of the LPG Liquidation Trust*

Dated: June 3, 2026

GOLDEN GOODRICH LLP

By:
    JEFFREY GOLDEN
    DAVID GOODRICH
    Counsel for Oxford Knox Defendants

3

#69516731v2

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this case. My business address is 100 West Main Street, Suite 900, Lexington, Kentucky 40507. True and correct copies of the foregoing documents:

**TITLE OF DOCUMENT**

will be served in the manner stated below:

1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE EXHIBIT A**

2.      SERVED BY UNITED STATES MAIL: On June 4, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE EXHIBIT A**

3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 4, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2026 | Tyler Powell | /s/ Tyler Powell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

**EXHIBIT A**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593


Oxford Knox, LLC

Buffalo 21 Partners, Inc.

Jason Dovalina

Rachel Dovalina

Syed Faisal Gilani aka Sye Gilani

BAE Enterprises, Inc.

Samson Ly

BEW Solar Management, LLC

Lexicon Consulting, LLC

United Partnerships, LLC

Ventura Consulting, LLC

Matthew Church

Frank Brown

Validation, LLC

Spectrum Payment Solutions, LLC

Home Energy Solutions, Inc.

JNR Services, Inc.

C.A.T. Exteriors, Inc.

AZLS Enterprises, Inc.

INVESTLINC Wealth Services, Inc.

2