Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

FILED & ENTERED

JUN 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| The Litigation Practice Group P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | Adv. Proc. No. 8:25-ap-01208-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, | **ORDER ON STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND OXFORD KNOX DEFENDANTS FOR CONTINUANCE OF STATUS CONFERENCE** |
| Plaintiff, | |
| v. | |
| Oxford Knox, et al., | |
| Defendants. | |

1

The Court, having read and considered the Stipulation Between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust, and Oxford Knox Defendants for Continuance of Status Conference on June 4, 2026, as Docket No. 51 (the "Stipulation"), and with good cause shown:

IT IS HEREBY ORDERED THAT:

1.    The Stipulation is approved.

2.    The Status Conference currently set for June 18, 2026 will be continued to July 16, 2026, at 10:00 a.m. with a Status Report due fourteen days before the status conference.

3.    The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order.

###

Date: June 5, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2