United States Bankruptcy Court

Central District of California

Marshack,

     Plaintiff

Oxford Knox, LLC,

     Defendant

Adv. Proc. No. 25-01208-SC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 05, 2026 | Form ID: pdf031 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | A Solution Debt Relief, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | AZLS Enterprises Inc., c/o Hee S. Noh, Registered Agent, 9 Traditional Pl, Irvine, CA 92602-0700 |
| dft | | Albright, Inc., c/o William J. Albright, Registered Agen, 701 Esta Dr #263, Punta Gorda, FL 33951 |
| dft | + | BEW Solar Management, LLC, c/o Sean M. Stephens, Manager, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Bae Enterprises, Inc., Cloud Peak Law, LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Buffalo 21 Partners, Inc., c/o Richard R. Emmett, 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |
| dft | + | C.A.T. Exteriors, Inc., c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Daniel Lansdale, 515 W Commonwealth Ave Ste 211, Fullerton, CA 92832-1752 |
| dft | + | Decacorn Holdings, LLC, c/o Dana Fang, Registered Agent, 2520 Venture Oaks Way Ste 120, Sacramento, CA 95833-4227 |
| dft | + | Factor In, Inc., c/o Sye Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | Final Season, Inc., 5716 Corsa Ave S. 110, Lake Village, CA 91362-7354 |
| dft | + | Frank Brown, 10620 Southern Highlands Pkwy Ste 110-18, Las Vegas, NV 89141-4371 |
| dft | + | Home Energy Solutions, Inc., c/o Rick R. Emmett, Manager, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | INVESTLINC Wealth Services, Inc., c/o West A. Cohen, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Innovative Solutions, LLC, c/o Cloud Peak Law LLC, Registert Agen, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | JNR Services, Inc., c/o Rick R. Emmett, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Jason D Williams, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | | Jason Dovalina, 128 W. Santa Fe Ave Ste C, Placentia, CA 92870-5632 |
| dft | + | Karrington, Inc., c/o Company Sage Agents LLC, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Lexicon Consulting, Inc., c/o Jamie Latshaw, 266 S Magnolia Ave Ste 202, El Cajon, CA 92020-4530 |
| dft | + | Lifesize, Inc., c/o Cloud Peak Law LLC, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | MFCR Investments, LLC, c/o Scott F. Penton Registered Agent, 1525 Clapton Dr, Deland, FL 32720-0853 |
| dft | + | MRJR20 Partners, LLC, c/o Rick R. Emmett, Registered Agent, 10 Pointe Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Matthew Church, 708 Grandview Ave, Fullerton, CA 92832-1112 |
| dft | + | Obrik, Inc., c/o Cloud Peak Law, Registered Agent, 1095 Sugarview Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Oxford Knox, LLC, c/o Richard R. Emmett, Registered Agent, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| dft | + | Rachel Dovalina, 736 Oceanview Dr, Fullerton, CA 92832-1125 |
| dft | + | Rick Emmett, 10 Point Dr Ste 150, Brea, CA 92821-7627 |
| dft | + | Rose Bianca Loli, 33741 Alcazar Dr, Dana Point, CA 92629-6403 |
| dft | + | Ryan Taylor Connet, 4155 E. La Palma Ave, Anaheim, CA 92807-1857 |
| dft | + | Samson Ly, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Sean M Stephens, 2560 N. Synergy Ave, Eagle, ID 83616-7600 |
| dft | + | Spectrum Payment Solutions, LLC, c/o Samson Ly, Registered Agent, 208 S. Moore Ave Apt D, Monterey Park, CA 91754-2760 |
| dft | + | Syed Faisal Gilani, 7651 Greenock Way, Riverside, CA 92508-6096 |
| dft | + | The Coelho Irrevocable Life Insurance Trust, Rick R. Emmett, Trustee, 300 S Harbor Blvd Ste 1000, Anaheim, CA 92805-3722 |
| dft | + | United Partnerships, Inc., 7300 Lennox Ave Rm J-14, Van Nuys, CA 91405-6244 |
| dft | + | Validation LLC, c/o Agent for Service of Process, Matthew Church, 17542 17th Street Ste 105, Tustin, CA 92780-7934 |
| dft | + | Validation Partners, LLC, c/o M&M RA Solutions, Registered Agent, 3001 SW 3rd Ave, Miami, FL 33129-2709 |
| dft | + | Ventura Consulting, LLC, c/o Matthew Church, Registered Agent, 708 Grandview Ave, Fullerton, CA 92832-1112 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | Jun 06 2026 00:55:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA |

District/off: 0973-8                                    User: admin                                                      Page 2 of 3

Date Rcvd: Jun 05, 2026                               Form ID: pdf031                                           Total Noticed: 40

92620

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Lexicon Consulting, LLC |
| dft | | United Partnerships, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| David M Goodrich | on behalf of Defendant Rachel Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant Matthew Church dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant Buffalo 21 Partners  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant C.A.T. Exteriors  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant United Partnerships  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant Jason Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant Bae Enterprises  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Defendant United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |

District/off: 0973-8                          User: admin                                   Page 3 of 3
Date Rcvd: Jun 05, 2026                       Form ID: pdf031                               Total Noticed: 40

David M Goodrich
                    on behalf of Defendant Oxford Knox  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Spectrum Payment Solutions  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant BEW Solar Management  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Lexicon Consulting  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Validation LLC dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant JNR Services  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Lexicon Consulting  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Home Energy Solutions  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Frank Brown dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant INVESTLINC Wealth Services  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Samson Ly dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Ventura Consulting  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Leslie A Cohen
                    on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Richard A Marshack (TR)
                    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Tyler Powell
                    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  elissa.lizer@dinsmore.com

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
                    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;linda.dominguez@dinsmore.com


TOTAL: 28

Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**JUN 05 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br><br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, et al.,<br><br>Defendants. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. Proc. No. 8:25-ap-01208-SC<br><br><br>**ORDER ON STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND OXFORD KNOX DEFENDANTS FOR CONTINUANCE OF STATUS CONFERENCE** |

1

The Court, having read and considered the Stipulation Between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust, and Oxford Knox Defendants for Continuance of Status Conference on June 4, 2026, as Docket No. 51 (the "Stipulation"), and with good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Status Conference currently set for June 18, 2026 will be continued to July 16, 2026, at 10:00 a.m. with a Status Report due fourteen days before the status conference.

3. The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order.

###

Date: June 5, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2