| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Celentino (131688) <br> Yosina M. Lissebeck (201654) <br> Tyler Powell (Ky. Bar No. 90520 - admitted pro hac vice) <br> Dinsmore & Shohl LLP, 655 West Broadway, Suite 800 <br> San Diego, California 92101 <br> Tel: (619) 400-0500 <br> Fax: (619) 400-0501 <br> christopher.celentino@dinsmore.com <br> yosina.lissebeck@dinsmore.com <br> tyler.powell@dinsmore.com <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Richard A. Marshack, Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re: <br> The Litigation Practice Group P.C., <br><br><br><br> Debtor(s). | CASE NO.:        8:23-bk-10571-SC <br><br> ADVERSARY NO.: 8:25-ap-01208-SC <br><br> CHAPTER:        11 |
|---|---|
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, <br><br><br><br><br> Plaintiff(s). <br> vs. <br> Oxford Knox, LLC; Buffalo 21 Partners, Inc. et. al. <br><br><br><br><br><br> Defendant(s). | **JOINT STATUS REPORT** <br> **[LBR 7016-1(a)(2)]** <br><br> DATE:        07/16/2026 <br> TIME:        10:00 AM <br> COURTROOM:    5C <br> ADDRESS:    411 West Fourth Street, <br> Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1.   Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2.   Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No

3.   Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No

4.   Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B.  <u>READINESS FOR TRIAL</u>:**

1.  When will you be ready for trial in this case?

<u>Plaintiff</u>
Unknown but after December 1, 2026

<u>Defendant</u>
November 1, 2027.

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

<u>Plaintiff</u>
Case involves claims against multiple defendants with many transfers. Both sides will need fact discovery and may need to retain expert witnesses for solvency.

<u>Defendant</u>
Defendants agree with Plaintiff's explanation.

3.  When do you expect to complete <u>your</u> discovery efforts?

<u>Plaintiff</u>
Unknown but not sooner than October 1, 2026

<u>Defendant</u>
September 1, 2027.

4.  What additional discovery do you require to prepare for trial?

<u>Plaintiff</u>
Defendants have just started to answer discovery responses and provide documents.  In many cases the responses are insufficient. Depositions and motions to compel may be necessary.

<u>Defendant</u>
Plaintiff propounded 45 requests for production of documents, interrogatories, and requests for admission.  Once the Defendants finish responding to discovery, they will propound discovery on Plaintiff.

**C.  <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

<u>Plaintiff</u>
Unknown and contingent upon the number of defendants going to trial. Two weeks or more may be needed.

<u>Defendant</u>
Two to three weeks.

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

<u>Plaintiff</u>
10-15 again dependent on the number of defendants at trial.

<u>Defendant</u>
15-30 dependent on the number of defendants appearing at trial.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                      Page 2                                      **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
|---|---|
| Unknown at this time. | Unknown at this time. |

## D.  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference ☒ is ☐ is not  requested<br>Reasons: | Pretrial conference ☒ is ☐ is not  requested<br>Reasons: |

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 12/01/2026 | (*date*) 11/01/2027 |

## E.  **SETTLEMENT:**

1.  What is the status of settlement efforts?

   Plaintiff:  Plaintiff has made offers for certain defendants with straightforward claims.  These and other proposals were rejected with no counter.  Mediation may be useful.
   Defendants are interest in settlement. Plaintiff's disclosure above is inappropriate under FRE 408.

2.  Has this dispute been formally mediated?        ☐ Yes    ☒ No
   If so, when?

3.  Do you want this matter sent to mediation at this time?

|  Plaintiff  |  Defendant  |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 3                               **F 7016-1.STATUS.REPORT**

**F.    FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

Plaintiff                                                                 Defendant

☒ I do consent                                           ☒ I do consent
☐ I do not consent                                    ☐ I do not consent
to the bankruptcy court's entry of a final judgment         to the bankruptcy court's entry of a final judgment
and/or order in this adversary proceeding.                       and/or order in this adversary proceeding.

**G.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff:  Length and complexity of trial will depend on number of defendants going to trial and and the amount of transfers to each defendant that subject to avoidance after the completion of discovery.

Respectfully submitted,

Date:  07/01/2026                                              Date:  06/30/2026

 DINSMORE & SHOHL LLP                            Golden Goodrich LLP
Printed name of law firm                              Printed name of law firm

 /s/ Tyler Powell                                                 _____
Signature                                                     Signature

 Tyler Powell                                                   _____
Printed name                                                 Printed name

Attorney for:  Richard A. Marshack, Trustee         Attorney for:  Attorney for Oxford Knox Defendants*

                                                                      * See Exhibit 1 for List of Represented Parties

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 4                                        **F 7016-1.STATUS.REPORT**

## F.  FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

Plaintiff: Length and complexity of trial will depend on number of defendants going to trial and and the amount of transfers to each defendant that subject to avoidance after the completion of discovery.

Respectfully submitted,

Date: 07/01/2026

DINSMORE & SHOHL LLP
Printed name of law firm


Signature

Tyler Powell
Printed name

Attorney for:  Richard A. Marshack, Trustee

Date: 06/30/2026

Golden Goodrich LLP
Printed name of law firm


Signature

DAVID M. GOODRICH
Printed name

Attorney for:  Attorney for Oxford Knox Defendants*

* See Exhibit 1 for List of Represented Parties

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT 1

Oxford Knox, LLC.
Buffalo 21 Partners, Inc.
Jason Dovalina
Rachel Dovalina
Syed Faisal Gilani aka Sye Gilani
BAE Enterprises, Inc.
Samson Ly
BEW Solar Management, LLC
Lexicon Consulting, LLC
United Partnerships, LLC
Ventura Consulting, LLC
Matthew Church
Frank Brown
Validation, LLC
Spectrum Payment Solutions, LLC
Home Energy Solutions, Inc.
JNR Services, Inc.
C.A.T. Exteriors, Inc.
AZLS Enterprises, Inc.
INVESTLINC Wealth Services, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 West Main Street, Suite 900, Lexington, Kentucky 40507


A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/01/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 See attached

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/01/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Courtesy Copy
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 West Fourth Street, Suite 5130/ Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2026 | Tyler Powell | /s/ Tyler Powell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 5                                              **F 7016-1.STATUS.REPORT**

# **EXHIBIT A**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

- **David M Goodrich** **dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com**

- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- **Tyler Powell** tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com;

- **Brandon Iskander** **biskander@goesforlaw.com**

- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

2