Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tel: (859) 425-1046
Fax: (859) 425-1099
tyler.powell@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv No. 8:25-ap-01208-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Oxford Knox, LLC, et al.,<br><br>Defendants. | **JOINT STATUS REPORT OF PLAINTIFF AND OXFORD KNOX DEFENDANTS** |

Comes Plaintiff Richard A. Marshack, Trustee of the LPG Liquidating Trust, by and through his undersigned counsel, and the Oxford Knox Defendants,[1] as identified herein, by and through their

[1] Oxford Knox, LLC; Buffalo 21 Partners, Inc.; Jason Dovalina; Rachel Dovalina; Syed Faisal Gilani aka Sye Gilani; Samson Ly; BEW Solar Management, LLC; Lexicon Consulting, LLC; United Partnerships, LLC; Ventura Consulting,

undersigned counsel, and for their Joint Status Report filed in Advance of the September 17, 2026 Status Conference pursuant to Local Rule 7016-1(a)(3).

Plaintiff and the Oxford Knox Defendants filed a Joint Status Report on July 1, 2026 [Dkt. No. 55] in advance of a Status Conference scheduled for July 16, 2026. On July 23, 2026, the Court rescheduled this Status Conference for September 17, 2026 [Dkt. No. 56]. Since the filing of the last Joint Status Report, counsel for Plaintiff and Defendant have reached an agreement on settling the claims against one of the Oxford Knox Defendants pending performance and have had discussions about resolving the claims against the remaining Oxford Knox Defendants either individually or collectively. For this reason, the parties respectfully request that the Court reschedule the September 17, 2026 Status Conference for November 12, 2026 at 10:00 a.m. This should provide additional time for settlement discussions between the Plaintiff and the Oxford Knox Defendants.

Respectfully submitted,

Dated: September 3, 2026

DINSMORE & SHOHL LLP

By: /s/ Tyler Powell
Yosina M. Lissebeck
Tyler Powell (Admitted pro hac vice)
Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

Dated: September 3, 2026

GOLDEN GOODRICH LLP

By: [signature]
JEFFREY GOLDEN
DAVID GOODRICH
Counsel for Oxford Knox Defendants

---

LLC; Matthew Church; Frank Brown; Validation, LLC; Spectrum Payment Solutions, LLC; Home Energy Solutions, Inc.; JNR Services, Inc.; C.A.T. Exteriors, Inc.; AZLS Enterprises, Inc.: and INVESTLINC Wealth Services, Inc.

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this case. My business address is **100 West Main Street, Suite 900, Lexington, Kentucky 40507.** True and correct copies of the foregoing documents:

**JOINT STATUS REPORT OF PLAINTIFF AND OXFORD KNOX DEFENDANTS**

will be served in the manner stated below:

**1.** **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 2, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com
- **Brandon Iskander** biskander@goeforlaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell** tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com;
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **David Goodrich** dgoodrich@go2.law

**2.** **<u>SERVED BY UNITED STATES MAIL</u>**: On September 2, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See Attached Exhibit A**

**3.** **<u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 2, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 2, 2026 | Tyler Powell | */s/ Tyler Powell* |
| *Date* | *Printed Name* | *Signature* |

**EXHIBIT A**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

BAE Enterprises, LLC
Attn: Cloud Peak Law LLC, Registered Agent
1095 Sugarview Drive Suite 500
Sheridan WV 82801