Robert P. Goe – State Bar No. 137019
Brandon J. Iskander - State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Building D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Interested Party

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 7<br><br>Adv. Case No.: 8:25-ap-01208-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br>OXFORD KNOX, LLC et al.,<br><br>Defendant. | **WITHDRAWAL RE: REQUEST FOR REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

///

///

///

///

///

///

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES**:

The Request for Removal From Courtesy Notification of Electronic Filing (NEF) filed as Docket No. 58 was inadvertently filed with the incorrect signature and is hereby withdrawn.

Dated: September 24, 2026

Respectfully Submitted By,

**GOE FORSYTHE & HODGES LLP**

By: /s/ Brandon J. Iskander
Brandon J. Iskander

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **WITHDRAWAL RE: REQUEST FOR REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Brandon J. Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Yosina M Lissebeck** yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell** tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 24, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson (Via overnight mail),
USBC, 411 w. Fourth Street, Suite 5130 / Courtroom 5C, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 24, 2026 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT**

## 2. SERVED BY UNITED STATES MAIL:

**A Solution Debt Relief, Inc.**
c/o Cloud Peak Law LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

**Albright, Inc.**
c/o William J. Albright, Registered Agen
701 Esta Dr #263
Punta Gorda, FL 33951

**Ryan Taylor Connet**
4155 E. La Palma Ave
Anaheim, CA 92807

**Decacorn Holdings, LLC**
c/o Dana Fang, Registered Agent
2520 Venture Oaks Way Ste 120
Sacramento, CA 95833

**Rick Emmett**
10 Point Dr Ste 150
Brea, CA 92821

**Factor In, Inc.**
c/o Sye Gilani
7651 Greenock Way
Riverside, CA 92508

**Final Season, Inc.**
5716 Corsa Ave S. 110
Lake Village, CA 91362

**Innovative Solutions, LLC**
c/o Cloud Peak Law LLC, Registert Agen
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

**Karrington, Inc.**
c/o Company Sage Agents LLC
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

**Daniel Lansdale**
515 W Commonwealth Ave Ste 211
Fullerton, CA 92832

**Lifesize, Inc.**
c/o Cloud Peak Law LLC, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

**MFCR Investments, LLC**
c/o Scott F. Penton Registered Agent
1525 Clapton Dr
Deland, FL 32720

**MRJR20 Partners, LLC**
c/o Rick R. Emmett, Registered Agent
10 Pointe Dr Ste 150
Brea, CA 92821

**Obrik, Inc.**
c/o Cloud Peak Law, Registered Agent
1095 Sugarview Dr Ste 500
Sheridan, WY 82801

**Sean M Stephens**
2560 N. Synergy Ave
Eagle, ID 83616

**The Coelho Irrevocable Life Insurance Trust**
Rick R. Emmett, Trustee
300 S Harbor Blvd Ste 1000
Anaheim, CA 92805

**Validation Partners, LLC**
c/o M&M RA Solutions, Registered Agent
3001 SW 3rd Ave
Miami, FL 33129

**Jason D Williams**
4155 E. La Palma Ave
Anaheim, CA 92807